IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ITAM ENTERPRISES, LLC | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 25-cv-14332 |
| | ) | |
| OHIO SECURITY INSURANCE | ) | |
| COMPANY (Incorrectly sued as Liberty | ) | Removed from the Circuit Court of Cook |
| Mutual Insurance Company | ) | County, Illinois, Case No. 2025-L-013647 |
| | ) | |
| Respondent. | ) | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and 1446, Defendant, OHIO SECURITY INSURANCE COMPANY d/b/a LIBERTY MUTUAL INSURANCE (Incorrectly sued as Liberty Mutual Insurance Company) ("Ohio Security") hereby removes this action to the United States District Court for the Northern District of Illinois, Eastern Division. In support of its Notice of Removal, Liberty Mutual states the following:

**State Court Action & Timely Removal**

1. On November 3, 2025, ITAM Enterprises, LLC ("ITAM"), filed Case No. 2025-L-013647 in the Circuit Court of Cook County, Illinois. (A true and accurate copy of the Summons and Complaint is attached and incorporated as Ex. 1)

2. In its complaint, Plaintiff lodges causes of action for Section 155 of the Illinois Insurance Code and declaratory judgment relative to Defendant's adjustment of Plaintiff's commercial property insurance claim. (Ex. 1, ¶¶ 1-26).

3. Specifically, Plaintiff alleges that a May 8, 2024 storm damaged two (2) scheduled buildings on its insurance policy with Ohio Security, and Defendant failed to fully indemnify Plaintiff for covered damages under the Policy. (Ex. 1, ¶¶ 10-17, 20-26). Plaintiff further alleges

1

that said alleged underpayment was vexatious and unreasonable in violation of Section 155 of the Illinois Insurance Code. (Ex. 1, ¶¶ 18-22)

4. Defendant was served with the summons and complaint on November 7, 2025. (Ex. 1, pg. 1)

5. Pursuant to 28 U.S.C. § 1446(b)(1), Ohio Security timely filed its Notice of Removal within thirty days (30) after receipt of summons and a copy of the complaint and the removal is therefore timely.

**Complete Diversity Exists**

6. At all times relevant, ITAM was a limited liability company organized and existing under the laws of the State of Illinois, with its principal place of business located in Lemont, Illinois. (See, a true and accurate copy of the Illinois Secretary of State Form LLC-50.1 Annual Report for Plaintiff, attached and incorporated as Ex. 2)

7. Because Plaintiff is a limited liability company, the citizenship of an LLC for purposes of the diversity jurisdiction is the citizenship of its members. *See*, Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998).

8. At all times relevant, Plaintiff had two members – Imad Aboukheir and Adam Aboukheir. (Ex. 2)

9. At all times relevant, Imad Aboukheir was and is a resident of Cook County, Illinois domiciliary and therefore a citizen of Illinois for jurisdictional purposes.

10. At all times relevant, Adam Aboukheir was and is a resident of Cook County, Illinois domiciliary and therefore a citizen of Illinois for jurisdictional purposes.

11. While the complaint names "Liberty Mutual Insurance Company[1]" as the Defendant, the proper insuring-entity Defendant, Ohio Security Insurance Company d/b/a Liberty Mutual Insurance, is the party that issued the underlying policy of insurance that is the subject of Plaintiff's complaint and is therefore the correct Defendant. (Ex. 1, pgs. 34, 39)

12. At all times relevant, Defendant, Ohio Security was organized and existing as a New Hampshire corporation with its principal place of business in Boston, Massachusetts. (A true and accurate copy of the Illinois Department of Insurance record is attached and incorporated as Ex. 3)

13. Therefore, for jurisdictional purposes, Plaintiff is a citizen of Illinois while Defendant is a citizen of both New Hampshire and Massachusetts and complete diversity exists pursuant to 28 U.S.C. § 1332(a)(1).

### Amount in Controversy Satisfied

14. Plaintiff's complaint seeks "compensatory damages of not less than $546,285.83 for unpaid insurance benefits" and the $75,000 amount in controversy is satisfied. (Dkt, 1, ¶5)

### Notice to Plaintiff and State Court

15. Promptly after filing this Notice of Removal, Ohio Security will provide written notice thereof to Plaintiff and the Clerk of the Circuit Court of Cook County, Illinois. (See, a true and accurate copy of the Notice to State Court, attached and incorporated as Ex. 04)

16. Ohio Security demands trial by jury on all triable issues by jury.

WHEREFORE, pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446, Defendant, OHIO SECURITY INSURANCE COMPANY d/b/a LIBERTY MUTUAL INSURANCE (Incorrectly sued as Liberty Mutual Insurance Company), hereby removes this case to the United States District

---

[1] "Liberty Mutual Insurance Company" is a Massachusetts corporation with its principal place of business in Boston, Massachusetts, and therefore a Massachusetts citizen for diversity purposes and complete diversity of citizenship would exist between the parties whether "Ohio Security Insurance Company" or "Liberty Mutual Insurance Company" is used for the 28 U.S.C. 1332(a) analysis.

Court for the Northern District of Illinois, Eastern Division, for all further proceedings in this matter.

          Respectfully submitted,

          **OHIO SECURITY INSURANCE COMPANY (Incorrectly Sued as Liberty Mutual Insurance Company),**

    By:    /s/ James P. DuChateau
          One of its Attorneys

James P. DuChateau - #6298091
HeplerBroom, LLC
70 W. Madison Street, Suite 2600
Chicago, IL 60602
Phone : (312) 230-9100
Fax : (312) 230-9201
Email: james.duchateau@heplerbroom.com
***ATTORNEYS FOR DEFENDANT***

### CERTIFICATE OF SERVICE

    The undersigned, an attorney of record, states that he caused to have electronically filed with the Clerk of the Court, ***Defendant's Notice of Removal***, and caused the same to be served on all attorneys of record via CM/ECF on November 24, 2025.

    By:    /s/ James P. DuChateau

### CERTIFICATE OF ADDITIONAL SERVICE

    Pursuant to 28 U.S. Code § 1746, the undersigned attorney certifies that on November 24, 2025 he caused ***Defendant's Notice of Removal*** to be emailed to the following attorneys and individuals:

mcole@colesadkin.com

    By:  /s/James P. DuChateau