Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https.//www.cookcountycourt,org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 12/29/2025 9:30 AM This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts. FILED

Forms are free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT | SUMMONS | 11/3/2025 1:31 PM Mariyana T. Spyropoulos CIRCUIT CLERK COOK COUNTY, IL 2025L013647 Calendar, I 35179979 |
|---|---|---|

Cook COUNTY

**Instructions ▼**

Enter above the county name where the case was filed

Enter your name as Plaintiff Petitioner

Below "Defendants Respondents," enter the names of all people you are suing.

Enter the Case Number given by the Circuit Clerk.

Itam Enterprises, LLC
**Plaintiff / Petitioner** *(First, middle, last name)*

v.

**Defendants / Respondents** *(First, middle, last name)*

Liberty Mutual Insurance Company

RECEIVED
NOV 07 2025
BOSTON OFFICE 0001

**Case Number**

☐ **Alias Summons** *(Check this box if this is not the 1ˢᵗ Summons issued for this Defendant.)*

## IMPORTANT: You have been sued 2025L013647

- Read all documents attached to this Summons.

- You MUST file an official document with the court within the time stated on this Summons called an *Appearance* and a document called an *Answer Response*. If you do not file an *Appearance* and *Answer Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

- All documents referred to in this Summons can be found at ilcourts.info forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.

- You may be charged filing fees, but if you cannot pay them, you can file an Application for Waiver of Court Fees.

- It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- ¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

### Plaintiff/Petitioner:

**Do not use this form** in these types of cases:

- All criminal cases
- Eviction
- Small Claims
- Divorce
- Order of protection
- Paternity
- Stalking no contact orders
- Civil no contact orders
- Adult guardianship
- Detinue
- Foreclosure
- Administrative review cases

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant Respondent Address and Service Information* form for **each** additional Defendant Respondent.

SU-S 1503.4      Page 1 of 5      (05/23)

Enter the Case Number given by the Circuit Clerk ___ ___ ___ ___ ___

| In 1a, enter the name and address of the first Defendant/Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here. |
|---|

**1. Defendant/Respondent's address and service information:**

a. Defendant/Respondent's primary address/information for service:
Name *(First, Middle, Last)*: Liberty Mutual Insurance Company ___
Registered Agent's name, if any: ILLINOIS CORPORATION SERVICE COMPANY _
Street Address, Unit #: ___
City, State, ZIP: ___
Telephone: ___ Email: ___

| In 1b, enter a second address for the first Defendant/Respondent, if you have one. |
|---|

b. If you have more than one address where Defendant/Respondent might be found list that here:
Name *(First, Middle, Last)*: ___
Street Address, Unit #: ___
City, State, ZIP: ___
Telephone: ___ Email: ___

| In 1c, check how you are sending your documents to this Defendant/Respondent. |
|---|

c. Method of service on Defendant/Respondent:
☐ Sheriff          ☐ Sheriff outside Illinois: ___
                                                 *County & State*
☑ Special process server          ☐ Licensed private detective

| Check here if you are serving more than 1 Defendant/Respondent. Attach an *Additional Defendant/Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached. |
|---|

☐ I am serving more than 1 Defendant/Respondent.

I have attached ___ *Additional Defendant/Respondent Address*
                *Number*
and Service Information forms.

| In 2a, enter the amount of money owed to you. Check 2b if you are asking for the return of tangible personal property. |
|---|

**2. Information about the lawsuit:**

a. Amount claimed: $ 50,000.00 ___
☐ b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession).

| In 3, enter your complete address, telephone number, and email address, if you have one. |
|---|

**3. Contact information for the Plaintiff/Petitioner:**
Name *(First, Middle, Last)*: Cole Sadkin ___
Street Address, Unit #: 1652 W. Belmont Ave Ste 1 ___
City, State, ZIP: Chicago, IL 606057 ___
Telephone: (312) 548-8610 ___ Email: mcole@colesadkin.com ___

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| **Important information for the person getting this form** |
|---|

You have been sued. Read all of the documents attached to this *Summons*.
To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info forms.

| Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b. |
|---|

**4. Instructions for person receiving this *Summons* (Defendant):**

☑ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:
Address: 50 W. Washington ___
City, State, ZIP: Chicago, IL 60602 ___

FILED DATE: 11/3/2025 1:31 PM  2025L013647

| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response.* |
|---|

| In 4b, fill out: |
|---|
| • The court date and time the clerk gave you. |
| • The courtroom and address of the court building. |
| • The call-in or video information for remote appearances (if applicable). |
| • The clerk's phone number and website. All of this information is available from the Circuit Clerk. |

☐ b  Attend court:

On: _____ at _____ ☐ a.m. ☐ p.m. in _____
   *Date*                              *Time*                            *Courtroom*

**In-person at:**

_____
*Courthouse Address*              *City*                    *State*        *ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

By telephone: _____
                    *Call-in number for telephone remote appearance*

By video conference: _____
                          *Video conference website*

_____
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: _____ or visit their website
                              *Circuit Clerk's phone number*

at: _____ to find out more about how to do this.
      *Website*

| STOP! |
|---|
| The Circuit Clerk will fill in this section. |

**Witness this Date:** _____            *Clerk of Court*

   11/3/2025 1:31 PM Mariyana T. Spyropoulos

**Clerk of the Court:** _____

---

**STOP!** The officer or process server will fill in the Date of Service

**Note to officer or process server:**

- If 4a is checked, this *Summons* must be served with[in 30] days of the witness date.
- If 4b is checked, this *Summons* must be served at least (?) days before the court date, unless 2b is also checked.
  - If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

---

Date of Service: _____
                    *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

Enter the Case Number given by the Circuit Clerk _____

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.
Forms are free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | |
|---|---|---|
| Cook COUNTY | | |

**Instructions**

Enter above the county name where the case was filed

Enter your name as Plaintiff/Petitioner

Enter the names of all people you are suing as Defendants/Respondents.

Enter the Case Number given by the Circuit Clerk.

Itam Enterprises, LLC
**Plaintiff / Petitioner** *(First, middle, last name)*

v.

Liberty Mutual Insurance Company
**Defendant / Respondent** *(First, middle, last name)*

☐ **Alias Summons** *(Check this box if this is not the 1ˢᵗ Summons issued for this Defendant.)*

**2025L013647**

Case Number

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

My name is _____ _____ and I state
First, Middle, Last

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ as follows:
First, Middle, Last

☐ Personally on the Defendant/Respondent:
    ☐ Male ☐ Female ☐ Non-Binary Approx. Age: _____ Race: _____
    On this date: _____ at this time: _____ ☐ a.m ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there
    On this date: _____ at this time: _____ ☐ a.m ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____
    And left it with: _____
        First, Middle, Last
    ☐ Male ☐ Female ☐ Non-Binary Approx. Age: _____ Race: _____
    and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on this date: _____

☐ On the Corporation's agent, _____
        First, Middle, Last
    ☐ Male ☐ Female ☐ Non-Binary Approx. Age: _____ Race: _____
    On this date: _____ at this time: _____ ☐ a.m ☐ p.m.
    Address: _____
    City, State, ZIP: _____

___ I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:

_____
*First. Middle  Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1.  On this date _____ at this time: _____ ☐ a.m. ☐ p.m
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

2.  On this date: _____ at this time _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

3.  On this date _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

| DO NOT complete this section. The sheriff or private process server will complete it | If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury. |
|---|---|

Under the Code of Civil Procedure, 735 ILCS 5 1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

By: _____

*Signature by:*  ☐ Sheriff
                 ☐ Sheriff outside Illinois

                 _____
                 *County and State*
                 ☐ Special process server
                 ☐ Licensed private detective

_____
*Print Name*

**FEES**

Service and Return: $ _____
Miles _____      $ _____
Total                 $ _____

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 12/29/2025 9:30 AM

FILED
11/3/2025 1:31 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L013647
Calendar, I
35179979

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ITAM ENTERPRISES, LLC, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) Case Number: **2025L013647** |
| | ) |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) Judge: |
| | ) |
| *Defendant.* | ) Courtroom: |

## COMPLAINT FOR BAD FAITH DENIAL OF INSURANCE BENEFITS AND DECLARATORY JUDGMENT

Plaintiff, ITAM ENTERPRISES, LLC ("Plaintiff" or "Itam"), by and through its undersigned counsel, Cole Sadkin, LLC, for its Complaint against Defendant, LIBERTY MUTUAL INSURANCE COMPANY ("Defendant" or "Liberty"), states as follows:

### NATURE OF THE ACTION

1. This action arises from Defendant's bad-faith denial and delay of coverage under commercial property insurance Policy No. BKS661190802 issued to Plaintiff for its commercial properties located at 15611 and 15545 S. 70th Court, Orland Park, Illinois.

2. Plaintiff suffered direct physical loss to its insured buildings during a severe hail and windstorm on May 8, 2024. The storm caused substantial roof, façade, and interior damage that is plainly covered under the Policy's provisions for wind and hail loss. Plaintiff promptly reported the claim and fully complied with all policy obligations.

3. Defendant, despite clear photographic evidence and independent contractor findings confirming hail and wind impact, conducted an outcome-oriented investigation designed

to justify denial. Defendant's engineering vendor, Donan Engineering, falsely attributed the storm damage to "age-related deterioration" and "cosmetic conditions," misrepresenting the cause and extent of loss.

4. On October 7, 2024, Liberty issued a partial denial letter that ignored key findings and mischaracterized storm impacts, and later reaffirmed its denial in March 2025 while withholding over $500,000 in owed benefits. Defendant's conduct was egregious, demonstrating reckless disregard for Plaintiff's rights and an intentional effort to avoid its contractual obligations.

5. Plaintiff seeks compensatory damages of not less than $546,285.83 for unpaid insurance benefits, consequential damages, and attorneys' fees. Plaintiff further seeks statutory relief under 215 ILCS 5/155 for Defendant's vexatious and unreasonable conduct and a declaratory judgment confirming coverage for the May 8, 2024 loss.

## PARTIES

6. Plaintiff ITAM ENTERPRISES, LLC is an Illinois limited liability company that owns and manages commercial buildings at 15611 and 15545 S. 70th Court, Orland Park, Illinois.

7. Defendant LIBERTY MUTUAL INSURANCE COMPANY is an insurance carrier authorized to transact business in Illinois and issued the subject policy through its subsidiary, Ohio Security Insurance Company.

## JURISDICTION AND VENUE

8. Jurisdiction is proper under 735 ILCS 5/2-209 because Defendant transacts

business in Illinois and issued the subject policy in this State.

9. Venue is proper in Cook County pursuant to 735 ILCS 5/2-102 because the insured properties and the insured loss occurred in this County.

## FACTS COMMON TO ALL COUNTS

10. On or about April 4, 2024, Defendant issued Policy No. BKS661190802 to Plaintiff, providing coverage for direct physical loss to covered property, including damage caused by wind and hail. (See Exhibit 1, Policy No. BKS661190802.)

11. On May 8, 2024, a severe hail and windstorm struck the Orland Park area, causing extensive roof and exterior damage to Plaintiff's buildings. Plaintiff promptly reported the loss and fully complied with all post-loss obligations.

12. Liberty retained Donan Engineering to inspect the properties. Donan's September 2024 report improperly classified storm impacts as "cosmetic," "man-made," or "age-related deterioration," and even disputed the correct date of loss.

13. On October 7, 2024, Liberty issued a Coverage Position Letter partially denying the claim based on Donan's findings. (See Exhibit 2, Liberty Coverage Position Letter dated October 7, 2024.)

14. Plaintiff retained Restore Masters, LLC to perform an independent inspection. On

October 24, 2024, Restore Masters estimated replacement costs at $213,649.93 for 15611 S. 70th Court and $332,635.90 for 15545 S. 70th Court. (See Exhibit 3, Restore Masters Estimates.)

15. Despite those findings, Liberty reaffirmed its denial in a March 25, 2025 letter, offering only $22,428.60 and $32,479.74 as partial payments and acknowledging $45,601.73 in withheld depreciation. (See Exhibit 4, Liberty Claim Position Letter dated March 25, 2025.)

16. Plaintiff's counsel, Daly & Black, issued a demand letter dated June 16, 2025, detailing Liberty's unreasonable delay, mischaracterization of storm damage, and bad-faith claim handling. (See Exhibit 5, Daly & Black Demand Letter.)

17. Liberty has continued to withhold benefits despite conclusive evidence of covered storm damage, leaving Plaintiff's buildings unrepaired and causing financial harm. (See Exhibit 8, Correspondence and Proof of Liberty's Nonresponse.)

## COUNT I – BAD FAITH DENIAL OF INSURANCE BENEFITS

18. Plaintiff re-alleges paragraphs 1–17 as if fully set forth herein.

19. Under Illinois law, every insurance contract contains an implied covenant of good faith and fair dealing.

20. Defendant breached that duty by: a. Conducting an outcome-oriented investigation intended to justify denial; b. Ignoring physical evidence of storm-related loss; c. Misrepresenting or selectively relying on engineering conclusions; and d. Unreasonably delaying and denying benefits owed under the policy.

21. Defendant's conduct was vexatious, unreasonable, and in reckless disregard of

Plaintiff's rights, violating 215 ILCS 5/155.

22. As a result, Plaintiff suffered damages including unpaid benefits of $546,285.83, consequential losses, and attorney's fees.

**WHEREFORE.** Plaintiff requests judgment against Defendant for compensatory damages of not less than $546,285.83, statutory penalties, costs, and attorney's fees pursuant to 215 ILCS 5/155, and all other relief deemed just and proper.

## COUNT II – DECLARATORY JUDGMENT (735 ILCS 5/2-701)

23. Plaintiff re-alleges paragraphs 1–22 as if fully set forth herein.

24. An actual controversy exists between the parties concerning the scope of coverage under Policy No. BKS661190802 and Defendant's obligation to indemnify Plaintiff for its storm-related losses.

25. Plaintiff contends that: a. The May 8, 2024 storm caused direct physical loss to covered property; b. The policy affords coverage for such loss; and c. No exclusion applies to preclude payment.

26. Defendant denies coverage and refuses to pay amounts owed.

WHEREFORE. Plaintiff requests that this Court declare that Policy No. BKS661190802 provides coverage for the May 8, 2024 storm damage; that Liberty Mutual is obligated to indemnify Plaintiff for the full replacement cost of $546,285.83; award Plaintiff costs and attorney's fees; and grant such other and further relief as the Court deems equitable and proper.

Dated: October 30, 2025

Respectfully submitted,

ITAM ENTERPRISES, LLC

By: /s/Mason Cole

*One of its Attorneys*

**COLE SADKIN, LLC**
Mason S. Cole
1652 West Belmont Avenue, Suite 1
Chicago, IL 60657 colesadkin.com
(312) 548-8610
mcole@colesadkin.com Firm No. 49001

FILED DATE: 11/3/2025 1:31 PM 2025L013647

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

ITAM ENTERPRISES, LLC,          )
          )
        *Plaintiff,*        )
          )
v.          ) Case Number:
          )
LIBERTY MUTUAL INSURANCE COMPANY, ) Judge:
          )
        *Defendant.*      ) Courtroom:

### RULE 222(b) AFFIDAVIT

NOW COMES the Plaintiff, in the above captioned matter, and pursuant to Illinois Supreme Court Rule 222(b) state that the total money damages sought by Plaintiffs in the above matter does exceed FIFTY THOUSAND DOLLARS (50,000.00).

*Mason S Cole*

Mason Cole, on behalf of
ITAM ENTERPRISES, LLC

### CERTIFICATION

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct.

*Mason S Cole*

Mason Cole, on behalf of
ITAM ENTERPRISES, LLC

FILED DATE: 11/3/2025 1:31 PM   2025L013647

# EXHIBIT 1



## Liberty Mutual INSURANCE

## Policyholder Information

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| ITAM ENTERPRISES LLC<br>15611 S 70th Ct<br>Orland Park, IL 60462 | (708) 357-7770<br>ASSURANCE CHOICE COMPANY<br>7667 W 95TH ST, STE 305<br>HICKORY HILLS, IL 60457 |

 Your Commercial Documents

### Dear Policyholder:

We know you work hard to build your business. We work together with your agent
**ASSURANCE CHOICE COMPANY** (708) 357-7770
to help protect the things you care about. Thank you for selecting us.

Enclosed are your insurance documents consisting of



* Commercial Package

To find your specific coverages, limits of liability, and premium, please refer to your Declarations page(s).

If you have any questions or changes that may affect your insurance needs, please contact your Agent at (708) 357-7770

**Reminders**

* Verify that all information is correct
* If you have any changes, please contact your Agent at (708) 357-7770
* In case of a claim, call your Agent or 1-844-325-2467

You Need To Know

* CONTINUED ON NEXT PAGE

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 20 01 21

## You Need To Know - continued

- **NOTICE(S) TO POLICYHOLDER(S)**

  The Important Notice(s) to Policyholder(s) provide a general explanation of changes in coverage to your policy. The Important Notice(s) to Policyholder(s) is not a part of your insurance policy and it does not alter policy provisions or conditions. Only the provisions of your policy determine the scope of your insurance protection. It is important that you read your policy carefully to determine your rights, duties and what is and is not covered.

| FORM NUMBER | TITLE |
| --- | --- |
| CNI90 11 07 18 | Reporting A Commercial Claim 24 Hours A Day |
| CNI90 28 02 23 | Important Notice - Concealment, Misrepresentation or Fraud |
| CNL90 09 10 22 | Important Notice to Policyholder - Potential Changes to Your Policy Rating Basis |
| NP 10 84 11 22 | Important Notice To Policyholder Potential Changes And/Or Clarifications In Coverage Exclusion - PFC/PFAS |
| NP 72 42 02 20 | Terrorism Insurance Premium Disclosure And Opportunity To Reject |
| NP 74 06 01 06 | Flood Insurance Notice |
| NP 74 44 09 06 | U.S. Treasury Department's Office of Foreign Assets Control (OFAC) Advisory Notice to Policyholders |
| NP 89 69 09 21 | Important Policyholder Information Concerning Billing Practices |
| NP 90 83 11 11 | Illinois Notice to Policyholders Regarding the Religous Freedom Protection and Civil Union Act |
| NP 98 20 01 15 | Jurisdictional Boiler And Pressure Vessel Inspections |
| SNI04 01 01 23 | Liberty Mutual Group California Privacy Notice |
| SNI12 01 09 23 | Illinois Notice To Policyholders |

- This policy will be direct billed. You may choose to combine any number of policies on one bill with your billing account. Please contact your agent for more information.

FILED DATE: 11/3/2025 1:31 PM   2025L013647

CNI 90 11 07 18

# REPORTING A COMMERCIAL CLAIM 24 HOURS A DAY

Liberty Mutual Insurance claims professionals across the United States are ready to resolve your claim quickly and fairly, so you and your team can focus on your business. Our claims teams are specialized, experienced and dedicated to a high standard of service.

**We're Just a Call Away - One Phone Number to Report All Commercial Insurance Claims**

Reporting a new claim has never been easier. A Liberty Mutual customer service representative is available to you 24/7 at 1(844)325-2467 for reporting new property, auto, liability and workers' compensation claims. With contact centers strategically located throughout the country for continuity and accessibility, we're there when we're needed!

**Additional Resource for Workers' Compensation Customers**

In many states, employers are required by law to use state-specific workers compensation claims forms and posting notices. This type of information can be found in the Policyholders Toolkit section of our website along with other helpful resources such as:

- Direct links to state workers compensation websites where you can find state-specific claim forms

- Assistance finding local medical providers

- First Fill pharmacy forms - part of our managed care pharmacy program committed to helping injured workers recover and return to work

Our Policyholder Toolkit can be accessed at **www.libertymutualgroup.com/toolkit.**

For all claims inquiries please call us at 1(844)325-2467 .

CNI 90 28 02 23

### IMPORTANT NOTICE - CONCEALMENT, MISREPRESENTATION OR FRAUD

Thank you for insuring your business with Liberty Mutual. We appreciate the trust and confidence you have placed in us. We take our responsibility to our customers seriously, and part of that responsibility is keeping you informed at all times.

#### What you need to know

Your renewal policy includes an updated condition that permits us to void your policy and/or deny a claim at any point if you or any insured concealed or misrepresented a material fact or circumstance, made incorrect statements about any material fact, or engaged in fraud while applying for this policy or at any time during the policy period.

#### Reviewing your coverage

Please review your new endorsement and keep it with your policy.

#### We're here to help

If you would like more information on this change or have any other questions about your policy, please contact the broker or agent shown on your Declarations Page.

**The above summary is for information purposes only and does not provide coverage. Your new Declarations Page, in conjunction with your policy and other applicable endorsements, provides complete details of your coverages. If this summary conflicts with the applicable policy language, the policy language prevails. Carefully read your policy, including all endorsements.**

CNL 90 09 10 22

# IMPORTANT NOTICE TO POLICYHOLDER
## POTENTIAL CHANGES TO YOUR POLICY RATING BASIS



Dear Valued Policyholder,

Thank you for selecting us as your carrier for your commercial insurance. We appreciate your business and the trust you place in us for your insurance needs.

This notice explains potential changes to your policy rating basis.

If your policy rating basis includes sales or payroll, the exposure estimates used to calculate your premium may be adjusted on your renewal policy to reflect inflationary and market trends and will apply to future renewals. This may impact the premium we charge for your renewal (and other associated charges). If you have any exposure estimate changes or questions, please contact your agent.

NP 10 84 11 22

# IMPORTANT NOTICE TO POLICYHOLDER
# POTENTIAL CHANGES AND/OR CLARIFICATIONS IN COVERAGE
# EXCLUSION - PFC/PFAS

Dear Valued Policyholder.

Thank you for selecting us as your carrier for commercial insurance. We appreciate your business and the trust you place in us for your insurance needs.

Please read your policy, including all endorsements, and review your declarations page for complete coverage information. No coverage is provided by this notice, nor can it be construed to replace any provision of your policy. If there are discrepancies between your policy and this notice, the provisions of the policy shall prevail.

If you have any questions after reviewing this notice, please contact the broker or agent identified on your declarations page.

This notice does not form a part of your insurance contract. The notice is designed to alert you to a coverage change and/or clarification in your policy.

This notice provides information concerning the following endorsements which may be attached to your renewal policy being issued by us.

EXCLUSION - PFC/PFAS BP 90 99 03 22

EXCLUSION - PFC/PFAS CE 89 69 12 21

EXCLUSION - PFC/PFAS CG 93 74 03 22

EXCLUSION - PFC/PFAS CU 91 94 03 22

EXCLUSION - PFC/PFAS FL 88 45 03 22

When Exclusion - PFC/PFAS endorsement is attached to your policy, coverage is excluded for liability arising out of perfluorinated compounds or per- and polyfluoroalkyl substances

Thank you for your business.

ITAM ENTERPRISES LLC

BXS  (25)    66 11 90 80
From 04/24/2024 To 04/24/2025

15611 S 70th Ct
Orland Park, IL 60462

(708) 357-7770
ASSURANCE CHOICE COMPANY

7667 W 95TH ST STE 305
HICKORY HILLS, IL 60457

### TERRORISM INSURANCE PREMIUM DISCLOSURE AND OPPORTUNITY TO REJECT

This notice contains important information about the Terrorism Risk Insurance Act and its effect on your policy. Please read it carefully.

### THE TERRORISM RISK INSURANCE ACT

The Terrorism Risk Insurance Act, including all amendments ("TRIA" or the "Act"), establishes a program to spread the risk of catastrophic losses from certain acts of terrorism between insurers and the federal government. If an individual insurer's losses from "certified acts of terrorism" exceed a specified deductible amount, the government will generally reimburse the insurer for a percentage of losses (the "Federal Share") paid in excess of the deductible, but only if aggregate industry losses from such acts exceed the "Program Trigger". An insurer that has met its insurer deductible is not liable for any portion of losses in excess of $100 billion per year. Similarly, the federal government is not liable for any losses covered by the Act that exceed this amount. If aggregate insured losses exceed $100 billion, losses up to that amount may be pro-rated, as determined by the Secretary of the Treasury.

Beginning in calendar year 2020, the Federal Share is 80% and the Program Trigger is $200,000,000.

### MANDATORY OFFER OF COVERAGE FOR "CERTIFIED ACTS OF TERRORISM" AND DISCLOSURE OF PREMIUM

TRIA requires insurers to make coverage available for any loss that occurs within the United States (or outside of the U.S. in the case of U.S. missions and certain air carriers and vessels), results from a "certified act of terrorism" AND that is otherwise covered under your policy.

A "certified act of terrorism" means:

[A]ny act that is certified by the Secretary [of the Treasury], in consultation with the Secretary of Homeland Security, and the Attorney General of the United States

(i)   to be an act of terrorism;

(ii)  to be a violent act or an act that is dangerous to
    (I)   human life;
    (II)  property; or
    (III) infrastructure;

(iii) to have resulted in damage within the United States, or outside of the United States in the case of
    (I)   an air carrier (as defined in section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States); or
    (II)  the premises of a United States mission; and

NP 72 42 02 20          © 2020 Liberty Mutual Insurance          Page 1 of 2

(iv) to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

## REJECTING TERRORISM INSURANCE COVERAGE - WHAT YOU MUST DO

We have included in your policy coverage for losses resulting from "certified acts of terrorism" as defined above.

THE PREMIUM CHARGE FOR THIS COVERAGE APPEARS ON THE DECLARATIONS PAGE OF THE POLICY AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT. If we are providing you with a quote, the premium charge will also appear on your quote as a separate line item charge.

IF YOU CHOOSE TO REJECT THIS COVERAGE, PLEASE CHECK THE BOX BELOW, SIGN THE ACKNOWLEDGMENT, AND RETURN THIS FORM TO YOUR AGENT. Please ensure any rejection is received within thirty (30) days of the effective date of your policy.

Before making a decision to reject terrorism insurance, refer to the Disclaimer for Standard Fire Policy States located at the end of this Notice.

☐ I hereby reject this offer of coverage. I understand that by rejecting this offer, I will have no coverage for losses arising from "certified acts of terrorism" and my policy will be endorsed accordingly.

| | | |
|---|---|---|
| _____ | _____ | _____ |
| Policyholder/Applicant's Signature | Print Name | Date Signed |

| | |
|---|---|
| _____ | _____ |
| Named Insured | Policy Number |
| ITAM ENTERPRISES LLC | BKS (25) 66 11 90 80 |

Policy Effective/Expiration Date
From 04/24/2024 To 04/24/2025

## IF YOU REJECTED THIS COVERAGE, PLEASE RETURN THIS FORM TO YOUR AGENT.

Note: Certain states (currently CA, GA, IA, IL, ME, MO, NY, NC, NJ, OR, RI, WA, WI and WV) mandate coverage for loss caused by fire following a "certified act of terrorism" in certain types of insurance policies. If you reject TRIA coverage in these states on those policies, you will not be charged any additional premium for that state mandated coverage.

**The summary of the Act and the coverage under your policy contained in this notice is necessarily general in nature. Your policy contains specific terms, definitions, exclusions and conditions. In case of any conflict, your policy language will control the resolution of all coverage questions. Please read your policy carefully.**

If you have any questions regarding this notice, please contact your agent.

NP 72 42 02 20 © 2020 Liberty Mutual Insurance Page 2 of 2

NP 74 06 01 06

## FLOOD INSURANCE  NOTICE

Unless a Flood Coverage endorsement  is attached, your policy does not provide  flood coverage and you will **not** have coverage  for property  damage from floods  unless you purchase a separate  policy  for flood  insurance through  the Federal Emergency  Management  Agency (FEMA) National  Flood  Insurance  Program.

If you would  like more  information   about obtaining  coverage  under the National  Flood  Insurance  Program, please contact  your agent.



NP 74 44 09 06

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN
# ASSETS CONTROL ("OFAC")
# ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC **Please read this Notice carefully.**

Please refer any questions you may have to your insurance agent.

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site - http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

© 2011 Liberty Mutual Insurance. All rights reserved.

NP 89 69 09 21

# IMPORTANT  POLICYHOLDER INFORMATION  CONCERNING
## BILLING PRACTICES



**Dear Valued Policyholder:** This insert provides you with important information about our policy billing practices that may affect you. Please review it carefully and contact your agent if you have any questions.

**Premium Notice:** We will mail you a policy Premium Notice separately. The Premium Notice will provide you with specifics regarding your agent, the account and policy billed, the billing company, payment plan, policy number, transaction dates, description of transactions, charges/credits, policy amount balance, minimum amount, and payment due date. This insert explains fees that may apply to and be shown on your Premium Notice.

**Available Premium Payment Plans:**

- **Annual Payment Plan:** When this plan applies, you have elected to pay the entire premium amount balance shown on your Premium Notice in full. No installment billing fee applies when the Annual Payment Plan applies.

- **Installment Payment Plan:** When this plan applies, you have elected to pay your policy premium in installments (e.g.: quarterly or monthly installments - Installment Payment Plans vary by state). As noted below, an installment fee may apply when the Installment Payment Plan applies.

The Premium Payment Plan that applies to your policy is shown on the top of your Premium Notice. Please contact your agent if you want to change your Payment Plan election.

**Installment Payment Plan Fee:** If you elected to pay your premiums in installments using the Installment Premium Payment Plan, an installment billing fee applies to each installment bill. The installment billing charge will not apply, however, if you pay the entire balance due when you receive the bill for the first installment. Because the amount of the installment charge varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Dishonored Payment Fee:** Your financial institution may refuse to honor the premium payment withdrawal request you submit to us due to insufficient funds in your account or for some other reason. If that is the case, and your premium payment withdrawal request is returned to us dishonored, a payment return fee will apply. Because the amount of the return fee varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Late Payment Fee:** If we do not receive the minimum amount due on or before the date or time the payment is due, as indicated on your Premium Notice, you will receive a policy cancellation notice effective at a future date that will also reflect a late payment fee charge. Issuance of the cancellation notice due to non-payment of a scheduled installment(s) may result in the billing and collection of all or part of any outstanding premiums due for the policy period. Late Payment Fees vary from state to state and are not applicable in some states.

**Special Note:** Please note that some states do not permit the charging of certain fees. Therefore, if your state does not allow the charging of an Installment Payment Plan, Dishonored Payment or Late Payment Fee, the disallowed fee will not be charged and will not be included on your Premium Notice.

**EFT-Automatic Withdrawals Payment Option:** When you select this option you will not be sent Premium Notices and, in most cases, will be charged installment fees. For more information on our EFT-Automatic withdrawals payment option, refer to the attached EFT enrollment sheet.

Once again, please contact your agent if you have any questions about the above billing practice information.

**Thank you for selecting us to service your insurance needs.**

NP 90 83 11 11

# ILLINOIS NOTICE TO POLICYHOLDERS REGARDING THE RELIGIOUS FREEDOM PROTECTION AND CIVIL UNION ACT

Dear Policyholder.

This is to provide notice that, pursuant to Illinois Department of Insurance Company Bulletin 2011-06 (CB 2011-06), this policy is in compliance with the Illinois Religious Freedom Protection and Civil Union Act ("the Act", 750 ILL. COMP. STAT. 75/1) The Act which became effective on June 1, 2011 creates a legal relationship between two persons of either the same or opposite sex who establish a civil union.

The Act provides that parties to a civil union are entitled to the same legal obligations, responsibilities, protections and benefits that are afforded or recognized by the law of Illinois to spouses, whether they are derived from statute, administrative rule, policy, common law or any source of civil or criminal law. In addition, this law requires recognition of a same-sex civil union, marriage, or other substantially similar legal relationship, except for common law marriage, legally entered into in other jurisdictions. The Act further provides that "party to a civil union" shall be included in any definition or use of the terms "spouse", "family", "immediate family", "dependent", "next of kin" and other terms descriptive of spousal relationships as those terms are used throughout the law. According to CB 2011-06, this includes the terms "marriage" or "married" or any variations thereof. CB 2011-06 also states that if policies of insurance provide coverage for children, the children of civil unions must also be provided coverage.

© 2011 Liberty Mutual Insurance. All rights reserved.

NP 90 83 11 11      Includes copyrighted material of Insurance Services Office, Inc., with its permission.      Page 1 of 1

NP 98 20 01 15

## JURISDICTIONAL BOILER AND PRESSURE VESSEL INSPECTIONS

Most jurisdictions (cities or states) are governed by laws and regulations that require owners of boilers and pressure vessels to have their equipment inspected on a routine basis. Jurisdictions require that equipment is installed and operated according to these regulations, and it is the equipment breakdown engineering inspector's responsibility to verify the equipment complies with all requirements.

Liberty Mutual Equipment Breakdown is a National Board Accredited Authorized Inspection Agency. This designation is recognized by authorities having jurisdictions in the U.S. & provinces of Canada and gives Liberty Mutual commissioned inspectors the ability to perform jurisdictionally required inspection on boilers and pressure vessels at insured locations. We have field inspectors strategically located throughout the U.S. to perform boiler and pressure vessel inspection for our customers and clients.

**To request a Jurisdictional Inspection please:**

- **Call the LMEB Hotline (877) 526-0020**

Or

- **Email your request to LMEBInspections@Libertymutual.com**

The assigned EB Risk Engineer will call to schedule within 24 - 48 hours. When requesting an inspection please include the following:

- Current Policy Number
- Location Address
- Contact Name
- Contact Phone Number and/or Email Address

## LIBERTY MUTUAL GROUP CALIFORNIA PRIVACY NOTICE
Commercial Lines (excluding Workers' Compensation)
(Effective January 1, 2023)
(Last Updated November 2022)

Liberty Mutual Group and its affiliates, subsidiaries, and partners (collectively "Liberty Mutual" or "we", "us" and "our") provide insurance to companies and other insurers. This Privacy Notice explains how we gather, use, and share your data. This Privacy Notice applies to you if you are a **Liberty Mutual commercial line insured or are a commercial line claimant residing in California**. It does not apply to covered employees or claimants under Workers' Compensation policies. If this notice does not apply to you, go to .ibertymutual.com/privacy to review the applicable Liberty Mutual privacy notice.

### What Personal Data Do We Collect?

The types of personal data we gather and share depend on both the product and your relationship to us. For example, we may gather different data if you are a claimant reporting an injury than if you want a quote for commercial property insurance. The data we gather can include your Social Security Number, income, transaction data such as account balances and payment history, and data from consumer reports. It may also include data gathered in connection with our provision of insurance services, when you apply for such services, or resulting from other contacts with you. It may also include:

- **Identifiers**, including a real name, alias, postal address, unique personal identifier, online identifier, Internet Protocol address, email address, account name, Social Security Number, driver's license number, or other similar identifiers;

- **Personal data**, such as your name, signature, Social Security Number, physical characteristics or description, address, telephone number, driver's license or state identification card number, insurance policy number, education, employment, employment history, bank account number, financial data, precise geolocation, medical data, or health insurance data;

- **Protected classification characteristics described in California Civil Code § 1798.80(e)**, including age, race, color, national origin, citizenship, religion or creed, marital status, medical condition, physical or mental disability, sex (including gender, gender identity, gender expression, pregnancy or childbirth and related medical conditions), sexual orientation, or veteran or military status;

- **Commercial information**, including records of personal property, products or services purchased, obtained, or considered, or other purchasing or consuming histories and tendencies;

- **Internet or other similar network activity**, including browsing history, search history, information on a consumer's interaction with a website, application, or advertisement

- **Professional or employment related information**, including current or past job history;

- **Inferences drawn from other personal information**, such as a profile reflecting a person's preferences, characteristics, psychological trends, predispositions, behavior, attitudes, intelligence, abilities, and aptitudes;

- **Risk data**, including data about your driving and/or accident history; this may include data from consumer reporting agencies, such as your motor vehicle records, and loss history information, health data, or criminal convictions;

- **Claims data**, including data about your previous and current claims, which may include data regarding your health, criminal convictions, third party reports, or other personal data; and

- **Sensitive Data** as defined under the California Privacy Rights Act when used to infer characteristics of an individual.

For information about the types of personal data we have collected in the past twelve (12) months, please go to lm..co/caprivacynotices and click on the link for the California Privacy Policy (Consumers).

### How Do You Gather My Data?

| We gather your personal data **directly from you**. For example, you provide us with data when you: | We also gather your personal data **from other people**. For example: |
|---|---|
| - ask about or buy insurance, or file a claim | - your insurance agent or broker |
| - pay your policy | - your employer, association or business (if you are insured through them) |

FILED DATE: 11/3/2025 1:31 PM 2025L013647

| | |
|---|---|
| • visit our websites, call us, or visit our office | • our affiliates or other insurance companies about your transactions with them |
| | • consumer reporting agencies, Motor Vehicle Departments, and inspection services, to gather your credit history, driving record, claims history, or value and condition of your property |
| | • other public directories and sources |
| | • third parties, including other insurers, brokers and insurance support organizations who you have communicated with about your policy or claim, anti-fraud databases, sanctions lists court judgments and other databases, government agencies, open electoral register, or in the event of a claim, third parties including other parties to the claim witnesses, experts, loss adjusters and claim handlers |
| | • other third parties who take out a policy with us and are required to provide your data such as when you are named as a beneficiary or where a family member has taken out a policy which requires your personal data |

Organizations that share data with us may keep it and disclose it to others as permitted by law. For data about how we have gathered personal data in the past twelve months, please go to lmi.co/caprivacynotices and click on the link for the California Privacy Policy (Consumers).

How Do We Use Your Personal Data?

Liberty Mutual uses your data to provide you with our products and services, and as otherwise provided in this Privacy Notice. We may use your data and the data of our former customers for our business and other compatible purposes. Our business purposes include, for example:

| Business Purpose | Data Categories | Do we share or sell your information as defined by CPRA |
|---|---|---|
| Market, sell and provide insurance. This includes, for example:<br>• calculating your premium;<br>• determining your eligibility for a quote;<br>• confirming your identity and servicing your policy; | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data<br>• Sensitive Data | • No |

| Business Purpose | Data Categories | Do we share or sell your information as defined by CPRA |
|---|---|---|
| **Manage your claim.** This includes, for example:<br>• managing your claim, if any;<br>• conducting claims investigations;<br>• conducting medical examinations;<br>• conducting inspections, appraisals;<br>• providing roadside assistance;<br>• providing rental car replacement or repairs | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data | • No |
| **Day to Day Business and Insurance Operations.** This includes, for example:<br>• creating, maintaining, customizing, and securing accounts;<br>• supporting day-to-day business and insurance related functions;<br>• doing internal research for technology and development;<br>• marketing, advertising and creating products and services;<br>• conducting audits related to a current contact with a consumer and other transactions;<br>• as described at or before the point of gathering personal data or with your authorization; | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data | • No |
| **Security and Fraud Detection.** This includes, for example:<br>• detecting security issues;<br>• protecting against fraud or illegal activity, and to comply with regulatory and law enforcement authorities;<br>• managing risk and securing our systems, assets, infrastructure, and premises;<br>• help to ensure the safety and security of Liberty staff, assets, and resources, which may include physical and virtual access controls and access rights management;<br>• supervisory controls and other monitoring and reviews as permitted by law; and emergency and business continuity management; | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data | • No |

| Business Purpose | Data Categories | Do we share or sell your information as defined by CPRA |
|---|---|---|
| **Regulatory and Legal Requirements.** This includes for example:<br>• controls and access rights management;<br>• to evaluate or conduct a merger, divestiture, restructuring, reorganization, dissolution, or other sale or transfer of some or all of Liberty's assets, whether as a going concern or as part of bankruptcy, liquidation, or similar proceeding, in which personal data held by Liberty is among the assets transferred;<br>• exercising and defending our legal rights and positions;<br>• to meet Liberty contract obligations;<br>• to respond to law enforcement requests as required by applicable law, court order, or governmental regulations;<br>• as otherwise permitted by law; | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data | • No |
| **Improve Your Customer Experience and Our Products.** This includes, for example:<br>• improve your customer experience, our products, and service;<br>• to provide support, personalize, and develop our website, products, and services<br>• create and offer new products and services; | • Identifiers<br>• Personal Information<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data | • No |
| **Analytics to identify, understand, and manage our risks and products.** This includes, for example:<br>• conducting analytics to better identify, understand, and manage risk and our products; | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information;<br>• Risk data<br>• Claims data<br>• Sensitive Data | • No |

| Business Purpose | Data Categories | Do we share or sell your information as defined by CPRA |
|---|---|---|
| Customer service and technical support. This includes, for example: <br>• answer questions and provide notifications; <br>• provide customer and technical support. | • Identifiers <br>• Personal Information <br>• Commercial Information <br>• Internet or other similar network activity <br>• Professional or employment related information <br>• Inferences drawn from other personal information <br>• Risk data <br>• Claims data | • No |
| Cross-Context Behavioral Advertising | • Identifiers <br>• IP address <br>• Internet or other similar network activity | • We share this information with service providers such as search engines and social media platforms. |

Liberty Mutual will not collect additional categories of personal information or use the personal information we collected for materially unrelated or incompatible purposes without updating our notice.

**Do We Disclose Your Personal Data?**

Liberty Mutual does not sell your personal data as defined by California law.

Liberty Mutual shares your personal data as disclosed above. The California privacy law defines sharing as "communicating orally, in writing, or by electronic or other means, a consumers personal information to a third party for cross-context behavioral advertising, whether or not for monetary or other valuable consideration." This occurs when you visit the Liberty Mutual website. Cookies or pixels are deployed that then allow us to show you targeted advertisements when you visit other websites or social media platforms. You have the right to opt-out of this type of sharing and you may learn more about those rights at lm.co/caprivacychoices.

This type of sharing is different from disclosing personal information to other entities to perform a service related to providing insurance or processing your claim. How we disclose data to these types of entities is set forth below.

Liberty Mutual may disclose personal data with affiliated and non-affiliated third parties, including:

- Liberty Mutual affiliates;
- Service Providers (such as auto repair facilities, towing companies, property inspectors, and independent adjusters);
- Insurance support organizations;
- Brokers and agents;
- Public entities (e.g. regulatory, quasi-regulatory, tax or other authorities, law enforcement agencies, courts, arbitrational bodies, and fraud prevention agencies);
- Consumer reporting agencies;
- Advisors including law firms, accountants, auditors, and tax advisors;
- Insurers, re-insurers, policy holders, and claimants;
- Group policyholders (for reporting claims data or an audit);
- A person, organization, affiliates or service providers conducting actuarial or research studies; and
- As permitted by law.

We may also disclose data with other companies that provide marketing services on our behalf or as part of a joint marketing agreement for products offered by Liberty Mutual. We will not disclose your personal data with others for their own marketing purposes.

We may also disclose data about our transactions (such as payment history) and experiences (such as claims made) with you to our affiliates.

Liberty Mutual may disclose the following categories of personal data as needed for business purposes:

| | |
|---|---|
| Identifiers | Personal Data |
| Protected Classification Characteristics | Commercial Data |
| Internet or other similar network activity | Professional, employment, and education data |
| Inferences drawn from personal data | Risk Data |
| Claims Data | |

For information about how we have shared personal information in the past twelve (12) months, please go to lmi.co/caprivacynotices and click on the link for the California Privacy Policy (Consumers).

### How Long Does Liberty Mutual Retain Each Category of Personal Data?

We retain your information in accordance with our legal obligations, our records retention policies, or as otherwise permitted by law. For example, we may have a legal obligation to retain information relating to your policies or claims with us. We will delete your data once the legal obligation expires or after the period of time specified in our records retention policies. The period of retention is subject to our review and alteration.

### How to Contact Us:

You can submit requests, seek additional information, or obtain a copy of our Privacy Notice in an alternative format by either:

| | |
|---|---|
| **Calling:** | 800-344-0197 |
| **Email:** | privacy@libertymutual.com |
| **Online:** | Libertymutualgroup.com/privacy-policy/data-request   lmi.co/caprivacychoices |
| **Postal Address:** | Liberty Mutual Insurance Company<br>Attn: Privacy Office<br>175 Berkeley St. 6th Floor<br>Boston, MA 02116 |

# ILLINOIS NOTICE TO POLICYHOLDERS

To assist in the communication of suggestions, complaints, or comments, Illinois Insurance Code, Section 143C, House Bill 1472 requires that policyholders know the addresses of our customer service department and the consumer division of the department of insurance. These addresses are:

PRESIDENTIAL SERVICE TEAM

LIBERTY MUTUAL INSURANCE

175 BERKELEY STREET

BOSTON MA 02116

**SPRINGFIELD OFFICE**

ILLINOIS DEPARTMENT OF INSURANCE

320 W WASHINGTON STREET

SPRINGFIELD IL 62767

**CHICAGO OFFICE**

ILLINOIS DEPARTMENT OF INSURANCE

122 S MICHIGAN AVENUE 19TH FLOOR

CHICAGO IL 60603

SNI 12 01 09 23      © 2023 Liberty Mutual Insurance      Page 1 of 1


**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS (25) 66 11 90 80**

Policy Period:
**From 04/24/2024 To 04/24/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common Policy Declarations

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| ITAM ENTERPRISES LLC<br>15611 S 70th Ct<br>Orland Park, IL 60462 | (708) 357-7770<br>ASSURANCE CHOICE COMPANY<br>7667 W 95TH ST STE 305<br>HICKORY HILLS, IL 60457 |

Named Insured Is: LIMITED LIABILITY COMPANY

Named Insured Business Is: LESSORS RISK

*In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.*

## SUMMARY OF COVERAGE PARTS AND CHARGES - CUSTOM PROTECTOR

This policy consists of this Common Policy Declarations page, Common Policy Conditions, Coverage Parts (which consist of coverage forms and other applicable forms and endorsements, if any, issued to form a part of them) and any other forms and endorsements issued to be part of this policy.

| COVERAGE PART | CHARGES |
|---|---|
| Commercial Property | $10,790.00 |
| Commercial General Liability | $2,789.00 |

*Total Charges for all of the above coverage parts:*     *$13,579.00*
*Certified Acts of Terrorism Coverage:*    *$860.00*      *(Included)*

*Note: This is not a bill*

## IMPORTANT MESSAGES

- This policy is auditable. Please refer to the conditions of the policy for details or contact your agent.

- Notice: The Employment-Related Practices Exclusion CG 21 47 is added to this policy to clarify there is no coverage for liability arising out of employment-related practices. Please read this endorsement carefully.

| Issue Date | Authorized Representative |
|---|---|

*To report a claim, call your Agent or 1-800-366-6446*

DS 70 21 11 16



FILED DATE: 11/3/2025 1:31 PM   2025L013647

| | | |
|---|---|---|
| Coverage Is Provided In:<br>Ohio Security Insurance Company | | Policy Number:<br>**BKS (25) 66 11 90 80**<br>Policy Period:<br>**From 04/24/2024 To 04/24/2025**<br>*12:01 am Standard Time*<br>*at Insured Mailing Location* |

## Common Policy Declarations

**Named Insured**

ITAM ENTERPRISES LLC
15611 S 70th Ct
Orland Park, IL 60462

**Agent**

(708) 357-7770
ASSURANCE CHOICE COMPANY
7667 W 95TH ST STE 305
HICKORY HILLS, IL 60457

## SUMMARY OF LOCATIONS

This policy provides coverage for the following under one or more coverage parts. Please refer to the individual Coverage Declarations Schedules, or, the individual Coverage Forms for locations or territory definition for that specific Coverage Part.

0001 15611 S 70th Ct, Orland Park, IL 60462

0002 15545 S 70th Ct, Orland Park, IL 60462-5105

## POLICY FORMS AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 00 01 04 13 | Commercial General Liability Coverage Form - Occurrence |
| CG 02 00 01 18 | Illinois Changes - Cancellation and Nonrenewal |
| CG 21 06 12 23 | Exclusion - Access Or Disclosure Of Confidential Or Personal Material Or Information |
| CG 21 47 12 07 | Employment-Related Practices Exclusion |
| CG 21 67 12 04 | Fungi or Bacteria Exclusion |
| CG 21 70 01 15 | Cap on Losses from Certified Acts of Terrorism |
| CG 21 76 01 15 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |

In witness whereof, we have caused this policy to be signed by our authorized officers.

Damon Hart
Secretary

Hamid Mirza
President

*To report a claim, call your Agent or 1-844-325-2467*
DS 70 21 11 16



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS (25) 66 11 90 80**

Policy Period:
**From 04/24/2024 To 04/24/2025**
*12:01 am Standard Time
at Insured Mailing Location*

## Common Policy Declarations

| Named Insured | Agent |
|---|---|
| ITAM ENTERPRISES LLC<br>15611 S 70th Ct<br>Orland Park, IL 60462 | (708) 357-7770<br>ASSURANCE CHOICE COMPANY<br>7667 W 95TH ST STE 305<br>HICKORY HILLS, IL 60457 |

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists all of the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 21 88 01 15 | Conditional Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism (Relating to Disposition of Federal Terrorism Risk Insurance Act) |
| CG 24 26 04 13 | Amendment of Insured Contract Definition |
| CG 40 35 12 23 | Exclusion - Cyber Incident |
| CG 84 99 08 09 | Non-Cumulation Liability Limits Same Occurrence |
| CG 88 10 04 13 | Commercial General Liability Extension |
| CG 88 60 12 08 | Each Location General Aggregate Limit |
| CG 88 61 12 08 | Property Damage - Customers' Goods |
| CG 88 66 12 08 | Property Damage - Borrowed Equipment |
| CG 88 77 12 08 | Medical Expense At Your Request Endorsement |
| CG 88 86 12 08 | Exclusion - Asbestos Liability |
| CG 93 74 03 22 | Exclusion - PFC/PFAS |
| CG 93 81 11 22 | Exclusion - Biometric Information Privacy Claim |
| CG 94 33 05 24 | Amendment Of Representations Condition |
| CP 00 10 10 12 | Building and Personal Property Coverage Form |
| CP 00 30 10 12 | Business Income (And Extra Expense) Coverage Form |
| CP 00 90 07 88 | Commercial Property Conditions |
| CP 01 40 07 06 | Exclusion of Loss Due to Virus or Bacteria |
| CP 01 49 06 07 | Illinois Changes - Artificially Generated Electrical Current Exclusion |
| CP 10 30 10 12 | Causes of Loss - Special Form |
| CP 10 34 10 12 | Exclusion of Loss Due To By-Products of Production or Processing Operations (Rental Properties) |
| CP 88 04 03 10 | Removal Permit |
| CP 88 23 01 15 | Custom Protector Plus Endorsement - Illinois |
| CP 88 27 01 15 | Office/Lessors Custom Protector Endorsement-Illinois |

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 21 11 16



FILED DATE: 11/3/2025 1:31 PM  2025L013647

**Coverage Is Provided In:**

Ohio Security Insurance Company

**Policy Number**
**BKS (25) 66 11 90 80**

**Policy Period:**
**From 04/24/2024 To 04/24/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common Policy Declarations

**Named Insured**

ITAM ENTERPRISES LLC
15611 S 79th Ct
Orland Park, IL 60462

**Agent**

(708) 357-7770
ASSURANCE CHOICE COMPANY
7667 W 95TH ST STE 305
HICKORY HILLS, IL 60457

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists all of the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CP 88 43 02 15 | Equipment Breakdown Coverage Endorsement |
| CP 90 48 03 11 | Water Exclusion Endorsement - Custom Protector |
| CP 90 55 12 12 | Business Income And Extra Expense Changes - Actual Loss Sustained In A Twelve-Month Period |
| CP 90 59 12 12 | Identity Theft Administrative Services and Expense Coverage |
| CP 90 83 06 15 | Identity Theft Administrative Services and Expense Coverage Changes - Illinois |
| CP 92 12 12 20 | Cyber Incident Exclusion |
| IL 00 17 11 98 | Common Policy Conditions |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| IL 01 18 02 17 | Illinois Changes |
| IL 01 47 09 11 | Illinois Changes - Civil Union |
| IL 01 62 10 13 | Illinois Changes - Defense Costs |
| IL 02 84 01 18 | Illinois Changes - Cancellation and Nonrenewal |
| IL 09 12 10 11 | Illinois Changes Mine Subsidence Non-Residential Building |
| IL 09 35 07 02 | Exclusion of Certain Computer-Related Losses |
| IL 09 52 01 15 | Cap On Losses From Certified Acts Of Terrorism |
| IL 09 96 01 07 | Conditional Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism (Relating to Dispostion of Federal Terrorism Risk Insurance Act) |
| IL 88 53 11 20 | Actual Cash Value |

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 21 11 16


**Liberty Mutual.**
INSURANCE

Coverage Is Provided In:

Ohio Security Insurance Company

Commercial Property

Declarations

Policy Number:
**BKS   (25)  66 11 90 80**

Policy Period:
**From 04/24/2024 To 04/24/2025**
12:01 am Standard Time
at Insured Mailing Location

**Named Insured**

ITAM ENTERPRISES LLC

**Agent**

(708) 357-7770
ASSURANCE CHOICE COMPANY

## SUMMARY OF CHARGES



| Explanation of Charges | DESCRIPTION | PREMIUM |
|---|---|---|
| | Property Schedule Totals | $9,991.00 |
| | Certified Acts of Terrorism Coverage | $799.00 |
| | *Total Advance Charges:* | *$10,790.00* |
| | *Note: This is not a bill* | |

To report a claim, call your Agent or 1-844-325-2467

DS 70 22 01 08

INSURED COPY       PAGE 25 OF 40


**Liberty Mutual**
INSURANCE

Coverage Is Provided In:
Ohio Security Insurance Company

Policy Number:
**BKS (25) 66 11 90 80**

Policy Period:
**From 04/24/2024 To 04/24/2025**
*12:01 am Standard Time
at Insured Mailing Location*

Commercial    Property
Declarations    Schedule

| Named Insured | Agent |
|---|---|
| ITAM ENTERPRISES LLC | (708) 357-7770 |
| | ASSURANCE CHOICE COMPANY |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

Insurance at the described premises applies only for coverages for which a limit of insurance is shown. Optional coverages apply only when entries are made in this schedule.

*0001   15611 S 70th Ct, Orland Park, IL 60462*

**Property Characteristics**

Description:

Construction: Masonry Non Combustible

**Building Coverage**

Occupancy: Mercantile- >15,000 sq ft-retail-wholesale other than food
- sole occupancy - Bldg only - not class rated

| Description | |
|---|---|
| Limit of Insurance - Replacement Cost | $2,150,690 |
| Coinsurance | 80% |
| Inflation Guard - Annual Increase | 4% |
| Covered Causes of Loss | |
| Special Form - Including Theft | |
| Deductible - All Covered Causes of Loss Unless Otherwise Stated | $5,000 |

*Premium*        *$4,172.00*

**Illinois Changes - Mine Subsidence - Non-Residential Building**

| Description | |
|---|---|
| Limit of Insurance | $750,000 |
| Deductible - All Covered Causes of Loss Unless Otherwise Stated | $5,000 |

*Premium*        *$230.00*

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 23 01 08



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Commercial  Property
Declarations  Schedule

Policy Number:
**BKS  (25)  66 11 90 80**

Policy Period:
**From 04/24/2024 To 04/24/2025**
*12.01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| ITAM ENTERPRISES LLC | (708) 357 7710 |
| | ASSURANCE CHOICE COMPANY |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

*Continuation of 15611 S 70th Ct. Orland Park, IL 60462*

**Business Income and Extra Expense Coverage**

Description
Limit of Insurance - Rental Value                      See Endorsement
Actual Loss Sustained        12 Months
**Covered Causes of Loss**
Special Form - Including Theft

| | *Premium* | *$372.00* |
|---|---|---|

**Equipment Breakdown Coverage**

This Equipment Breakdown insurance applies to the coverages shown for this location. The Equipment Breakdown limit(s) of insurance and deductible are included in, and not in addition to, the limits and deductible shown for the Building, Your Business Personal Property, Your Business Personal Property of Others, Tenants Improvements and Betterments, Business Income and Extra Expense, Business Income Without Extra Expense, and Extra Expense coverages.

| | *Premium* | *$229.00* |
|---|---|---|

**Mortgage Holder(s)**

Marquette Bank

10000 W 151st Street
ORLAND PARK, IL 60462

Loan#

*0002  15545 S 70th Ct. Orland Park, IL 60462-5105*

**Property Characteristics**

Description:

Construction: Masonry Non Combustible

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 23 01 08


**Liberty Mutual.**
INSURANCE

| | |
|---|---|
| *Coverage Is Provided In:* | Ohio Security Insurance Company |

*Policy Number.*
**BKS (25) 66 11 90 80**

*Policy Period.*
**From 04/24/2024 To 04/24/2025**
*12:01 am Standard Time
at Insured Mailing Location*

**Commercial Property
Declarations Schedule**

**Named Insured**

ITAM ENTERPRISES LLC

**Agent**

(708) 357-7770
ASSURANCE CHOICE COMPANY

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

*Continuation of 15545 S 70th Ct. Orland Park, IL 60462-5105*

**Building
Coverage**

**Occupancy:** Mercantile- >15,000 sq ft retail/wholesale other than food
- sole occupancy - Bldg only - not class rated

| Description | |
|---|---|
| Limit of Insurance - Replacement Cost | $2,150,690 |
| Coinsurance | 80% |
| Inflation Guard - Annual Increase | 4% |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible - All Covered Causes of Loss Unless Otherwise Stated | $5,000 |
| | ***Premium*** $3,979.00 |

**Business Income
and Extra Expense
Coverage**

| Description | |
|---|---|
| Limit of Insurance Rental Value | See Endorsement |
| Actual Loss Sustained 12 Months | |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| | ***Premium*** $356.00 |

**Equipment
Breakdown
Coverage**

This Equipment Breakdown insurance applies to the coverages shown for this location. The Equipment Breakdown limit(s) of insurance and deductible are included in, and not in addition to, the limits and deductible shown for the Building, Your Business Personal Property, Your Business Personal Property of Others, Tenants Improvements and Betterments, Business Income and Extra Expense, Business Income Without Extra Expense, and Extra Expense coverages.

***Premium*** $229.00

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 23 01 08



**Liberty Mutual.** INSURANCE



Coverage Is Provided In:

Ohio Security Insurance Company

Commercial    Property
Declarations    Schedule

Policy Number
**BKS    (25)  66 11 90 80**

Policy Period
**From 04/24/2024 To 04/24/2025**
*12:01 am Standard Time
at Insured Mailing Location*

**Named Insured**

ITAM ENTERPRISES LLC

**Agent**

(708) 357-7770
ASSURANCE CHOICE COMPANY

## SUMMARY OF OTHER PROPERTY COVERAGES

| Identity Theft Administrative Services And Expense Coverage | Description | |
|---|---|---|
| | Limit of Insurance | See Endorsement CP9059 |
| | *Premium* | *$12.00* |

| Property Extension Endorsement | Description | |
|---|---|---|
| | Custom Protector Plus Endorsement | $4.00 |
| | *Premium* | *$4.00* |

| Property Extension Endorsement | Description | |
|---|---|---|
| | Office Lessors Custom Protector Endorsement | $408.00 |
| | *Premium* | *$408.00* |

| Commercial Property Schedule Total: | $9,991.00 |
|---|---|

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 23 01 08

This page intentionally left blank.



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

**Commercial General Liability**
**Declarations**
Basis: Occurrence

Policy Number:
**BKS (25) 66 11 90 80**

Policy Period
**From 04/24/2024 To 04/24/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| ITAM ENTERPRISES LLC | (708) 357-7770 ASSURANCE CHOICE COMPANY |

## SUMMARY OF LIMITS AND CHARGES

| Commercial General Liability Limits of Insurance | DESCRIPTION | LIMIT |
|---|---|---|
| | Each Occurrence Limit | 1,000,000 |
| | Damage To Premises Rented To You Limit (Any One Premises) | 300,000 |
| | Medical Expense Limit (Any One Person) | 15,000 |
| | Personal and Advertising Injury Limit | 1,000,000 |
| | General Aggregate Limit (Other than Products - Completed Operations) | 2,000,000 |
| | Products - Completed Operations Aggregate Limit | 2,000,000 |

| Explanation of Charges | DESCRIPTION | PREMIUM |
|---|---|---|
| | General Liability Schedule Totals | 2,728.00 |
| | Certified Acts of Terrorism Coverage | 61.00 |

*Total Advance Charges:* **$2,789.00**

*Note: This is not a bill*

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 22 01 08



Liberty
Mutual.
INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS (25) 66 11 90 80**

Policy Period:
**From 04/24/2024 To 04/24/2025**
*12:01 am Standard Time
at Insured Mailing Location*

Commercial General Liability
Declarations Schedule

**Named Insured**

ITAM ENTERPRISES LLC

**Agent**

(708) 357-7770
ASSURANCE CHOICE COMPANY

## SUMMARY OF CLASSIFICATIONS - BY LOCATION

0001  15611 S 70th Ct, Orland Park, IL 60462

Insured: ITAM ENTERPRISES LLC

**CLASSIFICATION - 61217**
Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing - Maintained By The Insured (Lessor's Risk
Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 16,000 Square Feet Of Area | 163.917 | $2,623.00 |
| | | Total: | Included |

## SUMMARY OF OTHER COVERAGE

| COVERAGE DESCRIPTION | | PREMIUM |
|---|---|---|
| Office/Lessor Custom Protector Coverages | See Policy Forms and Endorsements List | $105.00 |

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 23 01 08

66119080          PGLSVCS          350          INSURED COPY          302449          PAGE 32 OF 40



**Liberty Mutual.**
INSURANCE

Coverage Is Provided In:
Ohio Security Insurance Company

| Policy Number |
| **BKS (25) 66 11 90 80** |
| Policy Period: |
| **From 04/24/2024 To 04/24/2025** |
| 12.01 am Standard Time |
| at Insured Mailing Location |

Commercial  General  Liability
Declarations  Schedule

| Named Insured | Agent |
|---|---|
| ITAM ENTERPRISES LLC | (708) 357 7770 |
| | ASSURANCE CHOICE COMPANY |

## SUMMARY OF OTHER COVERAGE - continued

| COVERAGE DESCRIPTION | PREMIUM |
|---|---|
| | |
| Commercial General Liability Schedule Total | $2,728.00 |



*To report a claim, call your Agent or 1-844-325-2467*

DS 70 23 01 08

FILED DATE: 11/3/2025 1:31 PM 2025 01364/

This page intentionally left blank.

COMMERCIAL GENERAL LIABILITY
CG 21 06 12 23

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL MATERIAL OR INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following is added to Paragraph 2. Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability:

2. Exclusions

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Material Or Information**

"Bodily injury" or "property damage" arising out of any access to or disclosure of any person's or organization's confidential or personal material or information, including:

a. Patents, trade secrets, processing methods, customer lists;

b. Financial information, credit card information;

c. Health information, biometric information; or

d. Any other type of nonpublic material or information.

This exclusion applies even if damages are claimed for notification costs, credit or identity monitoring expenses, forensic expenses, public relations expenses, data restoration expenses, extortion expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal material or information.

B. The following is added to Paragraph 2. Exclusions of Section I - Coverage B - Personal And Advertising Injury Liability:

2. Exclusions

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Material Or Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal material or information, including:

a. Patents, trade secrets, processing methods, customer lists;

b. Financial information, credit card information;

c. Health information, biometric information; or

d. Any other type of nonpublic material or information.

This exclusion applies even if damages are claimed for notification costs, credit or identity monitoring expenses, forensic expenses, public relations expenses, data restoration expenses, extortion expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal material or information.

CG 21 06 12 23 © Insurance Services Office, Inc., 2022 Page 1 of 1

COMMERCIAL GENERAL LIABILITY
CG 40 35 12 23

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - CYBER INCIDENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

2. **Exclusions**

This insurance does not apply to:

**Cyber Incident**

"Bodily injury" or "property damage" arising out of a "cyber incident".

This exclusion applies even if damages are claimed for notification costs, credit or identity monitoring expenses, forensic expenses, public relations expenses, data restoration expenses, extortion expenses or any other similar cost or expense incurred by you or others arising out of a "cyber incident".

B. The following is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

2. **Exclusions**

This insurance does not apply to:

**Cyber Incident**

"Personal and advertising injury" arising out of a "cyber incident".

This exclusion applies even if damages are claimed for notification costs, credit or identity monitoring expenses, forensic expenses, public relations expenses, data restoration expenses, extortion expenses or any other similar cost or expense incurred by you or others arising out of a "cyber incident".

C. For the purposes of this endorsement, the following definition is added to the **Definitions** Section:

"Cyber incident" means any:

1. Unauthorized access to or use of any computer system.

2. Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system or otherwise disrupt its normal functioning or operation.

3. Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation.

CG 40 35 12 23 © Insurance Services Office, Inc., 2022 Page 1 of 1

COMMERCIAL GENERAL LIABILITY
CG 93 74 03 22

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - PFC/PFAS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability** :

Perfluorinated Compounds Or Per- And Polyfluoroalkyl Substances

This insurance does not apply to:

1. Any liability arising out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of "PFC/PFAS"; or

2. Any loss, cost, or expense arising out of any:

   a. Request, demand, order, or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, remediate, dispose of, or in any way respond to or assess the effects of "PFC/PFAS" by any insured or on behalf of any person, entity, or governmental authority.

   b. Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, remediating, disposing of, or in any way assessing the effects of "PFC/PFAS".

This exclusion applies whether the substances listed above are alone or combined with any other substances or factors, whether included as a component part of a product or otherwise.

This exclusion applies regardless whether such exposure occurs within or outside a building.

B. For the purposes of this endorsement, the following definition is added to the **Definitions** section:

"PFC/PFAS" means perfluorinated compounds (PFC) or per- and polyfluoroalkyl substances (PFAS) including, but not limited to, perfluorooctanoic acid (PFOA), perfluorooctane sulfonic acid (PFOS), perfluorononanoic acid (PFNA), perfluorobutyric acid (PFBA), perfluorobutane sulfonic acid (PFBS), perfluoropentanoic acid (PFPeA), perfluorohexane sulfonic acid (PFHxS), GenX, C8 (perfluorinated carboxylic acid), ADONA, perfluorohexanoic acid (PFHxA), perfluoroheptanoic acid (PFHpA), perfluorooctane sulfonamide (PFSOA), perfluorodecanoic acid, (PFDA), perfluorodecane sulfonate (PFDS), perfluoroundecanoic acid (PFUnA), perfluorododecanoic acid (PFDoA), perfluorotridecanoic acid (PFTrDA), perfluorotetradecanoic acid (PFTeDA), or 6:2 fluorotelomer sulfonate (6:2 FTS) or any associated salts, acids, alcohols, precursor chemicals or related higher homologue chemicals.

The addition of this endorsement does not imply that other policy provisions, including but not limited to any pollution exclusion, do not exclude coverage for PFC-related or PFAS-related damages, expense, loss, demand, claim, liability or legal obligation.

All other terms and conditions of the Policy remain unchanged.

© 2021 Liberty Mutual Insurance

CG 93 74 03 22        includes copyrighted material of Insurance Services Office, Inc., with its permission.        Page 1 of 1

COMMERCIAL GENERAL LIABILITY
CG 93 81 11 22

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION - BIOMETRIC INFORMATION PRIVACY CLAIM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT PRACTICES LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability** under the Commercial General Liability Coverage Form:

This insurance does not apply to:

**Biometric Information Privacy Claim**

"Bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate any federal, state, local, province, Native American tribe or tribal nation law, or other governmental division or subdivision law that regulates or restricts the collection, storage, use, conversion, retention, sharing and/or publication in any manner and/or disposal of "biometric information", including, but not limited to, violations of any notifications, disclosures, sale, or authorizations related to such "biometric information".

B. The following exclusion is added to Paragraph **C. Exclusions** of **Section I - Coverage** under the Employment Practices Liability Coverage Form:

This insurance does not apply to:

**Biometric Information Privacy Claim**

"Employment practices" or "damages" arising directly or indirectly out of any action or omission that violates or is alleged to violate any federal, state, local, province, Native American tribe or tribal nation law, or other governmental division or subdivision law that regulates or restricts the collection, storage, use, conversion, retention, sharing and/or publication in any manner, and/or disposal of "biometric information", including, but not limited to, violations of any notifications, disclosures, sale, or authorizations related to such "biometric information".

C. The following definition is added to the **Definitions** section:

"Biometric information" means any:

a. Biometric identifier including, but not limited to, a retina or iris scan, fingerprint, handprint, voiceprint, scan of hand, finger, ear, or face geometry, eye or finger vein verification, handwriting or signature, deoxyribonucleic acid (DNA), or any other personally identifiable measurable biological, physiological, behavioral, or immutable characteristic of an individual or individuals; or

b. "Biometric information", including any information, regardless of how captured, converted, stored or shared, which is based on biometric identifiers used to identify an individual.



COMMERCIAL GENERAL LIABILITY
CG 94 33 05 24

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT OF REPRESENTATIONS CONDITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **6. Representations** in **Section IV - Conditions** is replaced by the following:

6. **Concealment, Misrepresentation Or Fraud**

We may void this policy and/or deny a claim if, before or after a loss, you or any insured:

a. Concealed or misrepresented any material fact or circumstance; or

b. Made incorrect statements or representations with regard to any material fact or circumstance; or

c. Engaged in any fraudulent conduct;

at the time of application, or any time during the policy period.

CG 94 33 05 24 © 2023 Liberty Mutual Insurance Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

This page intentionally left blank.

FILED DATE: 11/3/2025 1:31 PM   2025L013647

# EXHIBIT 2



Liberty Mutual Insurance
P.O. Box 5014
Scranton, PA 18505-5014

Date: 10/7/2024

Itam Enterprises LLC
15611 S 70th Ct
Orland Park, IL 60462

RE:   Insured:                       Itam Enterprises LLC
      Loss Location:                 15611 S & 15545 S 70th Ct, Orland Park, IL 60462
      Loss Location State:           IL
      Date of Loss:                  5/8/2024
      Policy Number:                 BKS661190802
      Policy Effective Dates:        4/4/2024 To 4/4/2025
      Claim Number:                  24211154
      Underwriting Company:          Ohio Security Insurance Company

Dear Mr. Aboukheir:

This letter is to inform you that we have conducted an investigation of your claim for hail damage at the above-referenced location. We have completed our review of the information provided by you or on your behalf. The following is a summary of our findings and position on coverage for the claim asserted.

The insurance policy issued to Itam Enterprises LLC provides coverage subject to the policy terms and conditions. Based on our investigation and review of the policy, there is partial coverage available for your loss as outlined below.

## THE CLAIM

Our first notice of loss was on 7/15/2024. It was reported that hail damaged your buildings and there was some interior leaking..

Our investigation of your claim revealed the following relevant information:

We inspected the property and have estimated covered damages, and a payment was issued previously. Our field adjuster recommended we obtain an Engineer to determine if there is hail damage to the roof surfaces of both buildings and to determine what caused the interior leaking. We obtained Donan Engineering to come out and inspect the roofs, interiors and doors and opine on the extent of hail damage. We also obtained the services of HVACi who came out to inspect the exterior air conditioning units. We will be making and additional payment today for the HVAC units and providing you with a copy of the report.

**The Engineer reports are returned, and the following is a summary of the conclusions that were made:**

- Based on the study of collateral indicators, hail up to 3 /4 inch in diameter fell at this site recently, while hail up to 1 inch in diameter fell at this site more than six months ago.
- Multiple historical hailstorms caused cosmetic dents in the downspouts, gutters, chimney flue caps, apron flashings, one garage door panel, and metal roof panels at these properties.
- Round dents with missing paint in the metal shingles and one window frame adjacent to units 15553 and 15551 are consistent with inadvertent man-made damage. Away from one cosmetic dent in an overhead door panel at the 15553 unit, the overhead doors and service doors at these buildings are not damaged by hail.
- The modified bitumen membrane and BUR roof coverings are not damaged by hail.
- No storm-created openings are on the roof surfaces.
- Water intrusion in the 15557 unit adjacent to the scupper is due to unseen openings in the roof deck and age-related deterioration of the BUR roof covering.
- Water intrusion into the 15555 unit is due to an unseen opening in the roof adjacent to the scupper and a leak from HVAC equipment on the mezzanine.
- The water intrusion in the 15545 unit is due to an unseen opening in the BUR consistent with age-related deterioration of the BUR roof covering.

We will be providing you with a copy of the Engineer Report.


## THE POLICY

With regard to your Policy, we refer you to the following relevant provisions contained in the Building and Personal Property Coverage form CP0010 and Cause of Loss – Special Coverage form CP1030:

## BUILDING AND PERSONAL PROPERTY COVERAGE FORM

*\*\*\**

### A. Coverage
We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property
Covered Property, as used in this Coverage Part, means the type of property described in this section, A.1., and limited in A.2. Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

*\*\*\**

### 3. Covered Causes Of Loss See applicable Causes Of Loss form as shown in the Declarations.

*\*\*\**

## CAUSES OF LOSS - SPECIAL FORM

2

FILED DATE: 11/3/2025 1:31 PM   2025L013647

\*\*\*

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

\*\*\*

## B. Exclusions

\*\*\*

2. We will not pay for loss or damage caused by or resulting from any of the following:

\*\*\*

d. (1) Wear and tear;
(2) Rust, or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

\*\*\*

## C. Limitations

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

\*\*\*

c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:
(1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or
(2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

\*\*\*

## APPLICATION OF POLICY

In an effort to alert you to the basis of the denial of coverage, we list below the grounds under which all aspects of the claim are not covered under the policy. It is our intent to incorporate by reference all of the terms of the policy through this partial denial of coverage letter. Based upon the information available to date, the grounds for the partial denial of coverage under the policy, or under applicable law, with respect to the claim, include, but are not limited to, the following:

3

As you can see in the above referenced policy language wear and tear is excluded on the policy and in order for interior damages to be covered the building or structure must first sustain damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters. The Engineer has also provided conclusions from his inspection. Therefore, there is no coverage for the interior damages, wear and tear to the roof, or any damages that predated the policy inception date of 4-24-2023.

Based on the above we find partial coverage under the terms and conditions of your policy for the costs claimed in connection with your asserted claim and therefore partially deny your claim. In view of the absence of coverage, we make no comment relative to the amount of loss or damage but include those issues within the rights reserved.

If you have any questions about the content of this letter or the terms and provisions of your policy of insurance, please do not hesitate to call me.

The foregoing is not intended to waive any defenses which are now, or which may hereafter become available to us.

The foregoing does not constitute a waiver of any term, condition, or exclusion of the insurance policy or any rights and defenses under the policy, and we hereby expressly reserve all of our rights and defenses thereunder.

We also refer you to the following relevant provisions contained in the Commercial Property Conditions Policy form CP0090:

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:
1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

Part 919 of the Rules of the Illinois Department of Insurance requires that our company advise you If you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 100 W. Randolph Street, Suite 9-301, Chicago, Illinois 60601 and in Springfield at 320 West Washington Street, Springfield, Illinois 62767

If you have any questions regarding your claim, please feel free to contact me at 469-997-5459

Sincerely,

Michelle Stewart
Sr. Property Adjuster I
My Florida adjuster license number is: P205156

cc: Assurance Choice Company
7667 W 95ᵗʰ St STE 305
Hickory Hills, IL 60457

4

FILED DATE: 11/3/2025 1:31 PM 2025L013847

# EXHIBIT 3

## Restore Masters

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

| | | | |
|---|---|---|---|
| Insured: | Imad Aboukheir | Cellular: | (630) 399-5476 |
| Property: | 15611 South 70th Court | E-mail: | i.aboukheir@comcast.net |
| | Orland Park, IL 60462 | | |
| | | | |
| Estimator: | Eric | Business: | (800) 400-7663 |
| Business: | 400 E. Las Colinas Blvd | E-mail: | e.williams@restoremastersllc.com |
| | Irving, TX 75039 | | |
| | | | |
| Contractor: | Chris | Business: | (800) 400-7663 |
| Company: | RestoreMasters | E-mail: | chris@restoremastersllc.com |
| Business: | 400 E Las Colinas Blvd | | |
| | Irving, TX 75039 | | |

**Claim Number:**　　　　**Policy Number:**　　　　**Type of Loss:** Hail

Date of Loss:　　　　　　　　Date Received:

Date Inspected:　　　　　　　Date Entered:　　10/24/2024 8:11 AM

Price List:　　ILCCSX_OCT24
　　　　　　　Restoration/Service/Remodel
Estimate:　　15611_S_70TH_COURT

This is not a final invoice for the work this is an estimate only of what it will cost to get each line item completed. All of the line items are real and needed and can be verified with pictures and documentation, once work is agreed upon for a final amount of each line item we will send an actual invoice of all work completed or to be completed.

The scope of repair for this lost event is based on a visual inspection of the property. The estimated cost does not included any overtime and/or premium time for the completion of the documented scope of repair. The scope of repair quantities within this estimate are prevailing prices of building materials and labor in your area and are intended to restore the building to its pre-loss condition. The removal and/or testing of hazardous material, are not included within the scope of repairs. As with any repair project, this estimate reflects observable damage, but may require supplementation upon further inspection during the repair process. Any additions or modifications will be brought to the attention of both the building owner and/or the property manager before commencement. If you have any questions and/or concerns, please feel free to contact me at my phone number.

NOTE: ALL ROOF REPLACEMENTS ARE MADE PURSUANT TO IRC AND MANUFACTURER SPECIFICATIONS REROOFING R907.1 General. Materials and methods of application used for re-covering or replacing an existing roof covering shall comply with the requirements of Chapter 9. Exception: Reroofing shall not be required to meet the minimum design slope requirement of one-quarter unit vertical in 12 units horizontal (2-percent slope) in Section R905 for roofs that provide positive roof drainage.

R907.2 Structural and construction loads. The structural roof components shall be capable of supporting the roof covering system and the material and equipment loads that will be encountered during installation of the roof covering system.

R907.3 Recovering versus replacement. New roof coverings shall not be installed without first removing all existing layers of roof coverings where any of the following conditions exist:

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

## 15611_S_70TH_COURT

### 15611_S_70TH_COURT

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Site Map | | | | | | | |
| 📷     Site Map | | | | | | | |
| Total: 15611_S_70TH_COURT | | | | | 0.00 | 0.00 | 0.00 |

### Exterior

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 1. Remove Modified bitumen roof - hot mopped | 159.05 SQ | | 116.42 | 0.00 | 0.00 | 3,703.32 | 22,219.92 |
| 2. Modified bitumen roof - hot mopped | 174.96 SQ | | 0.00 | 396.70 | 2,393.21 | 14,359.96 | 86,159.80 |
| *10% waste factor included* | | | | | | | |
| 3. R&R Aluminum coating - with fiber | 15,905. SF OH | | 0.33 | 1.00 | 456.47 | 4,322.04 | 25,932.16 |
| 4. Remove Additional charge for high roof (2 stories or greater) | 159.05 SQ | | 19.32 | 0.00 | 0.00 | 614.58 | 3,687.43 |
| 5. Additional charge for high roof (2 stories or greater) | 174.96 SQ | | 0.00 | 24.39 | 0.00 | 853.46 | 5,120.73 |
| *10% waste factor included* | | | | | | | |
| 6. R&R Insulation - ISO board, 2.6" | 318.10 SQ | | | | | | PWI |
| *R-30 insulation requirement equals 2 layers of 2.6" insulation.* | | | | | | | |
| 7. R&R Membrane roofing - cant strips - perlite | 555.00 LF | | 0.65 | 2.22 | 25.60 | 323.70 | 1,942.15 |
| 8. R&R Flash parapet wall only - bitumen | 160.83 LF | | 1.90 | 12.21 | 48.30 | 463.52 | 2,781.13 |
| 9. R&R Aluminum termination bar flashing for membrane roofs | 160.83 LF | | 1.03 | 3.45 | 11.54 | 146.42 | 878.47 |
| 10. R&R Aluminum wall coping large | 555.00 LF | | 0.57 | 20.72 | 970.50 | 2,557.30 | 15,343.75 |
| 11. R&R Pipe jack flashing for rubber roofing | 23.00 EA | | 7.54 | 67.43 | 103.42 | 365.54 | 2,193.27 |
| 12. R&R Rain cap - 6" | 9.00 EA | | 8.77 | 64.53 | 37.94 | 139.52 | 837.16 |
| 13. R&R Rain cap - 8" | 11.00 EA | | 8.77 | 70.70 | 53.33 | 185.50 | 1,113.00 |
| 14. Large Rain Cap | 1.00 EA | | | | | | OPEN ITEM |
| 📷   5/14/2024    down-net_http20241024-155-crduSv | | | | | | | |
| 15. Packaged air conditioning unit Detach & reset | 3.00 EA | | 0.00 | 949.72 | 0.00 | 759.78 | 4,558.66 |
| 16. R&R Curb flashing - bitumen | 56.00 LF | | 1.79 | 17.45 | 52.81 | 226.04 | 1,356.29 |

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

## CONTINUED - Exterior

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 17. Comb/straighten a/c cond. fins w/out trip charge - Large | 2.00 EA | | 0.00 | 149.14 | 0.00 | 59.66 | 357.94 |
| 18. Comb/straighten a/c cond. fins - w/trip charge - Large | 1.00 EA | | 0.00 | 310.71 | 0.00 | 62.14 | 372.85 |
| 19. R&R Gutter - downspout - box - aluminum - 7" to 8" | 257.33 LF | | 0.88 | 29.48 | 487.63 | 1,658.84 | 9,953.01 |
| *15 downspout x 4* | | | | | | | |
| 20. Detach & Reset Neon sign - large | 2.00 EA | 78.60 | 0.00 | 0.00 | 0.00 | 31.44 | 188.64 |
| Signs | | | | | | | |
| 21. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 9.00 EA | | 751.68 | 0.00 | 0.00 | 1,353.02 | 8,118.14 |
| 22. Telehandler forklift (per day) - no operator | 9.00 DA | | 0.00 | 508.68 | 0.00 | 915.62 | 5,493.74 |
| *175 squares / 20 squares per day = 9 days* | | | | | | | |
| 23. Equipment Operator - per hour | 72.00 HR | | 0.00 | 72.30 | 0.00 | 1,041.12 | 6,246.72 |
| 24. Commercial Supervision / Project Management - per hour | 72.00 HR | | 0.00 | 84.25 | 0.00 | 1,213.20 | 7,279.20 |
| 25. On-Site Evaluation and/or Supervisor Admin - per hour | 12.00 HR | | 0.00 | 68.21 | 0.00 | 163.70 | 982.22 |
| *Necessary administrative hours to vet subcontractors (general liability insurance, certifications, licenses, quality control, etc.), and scheduling to meet on site for measurements and work to be completed* | | | | | | | |
| 26. Temporary toilet (per month) | 1.00 MO | | 0.00 | 234.62 | 0.00 | 46.92 | 281.54 |
| **Totals: Exterior** | | | | | 4,634.75 | 35,566.34 | 213,397.92 |

## General Requirements

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 27. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | | | | | | OPEN ITEM |
| **Totals: General Requirements** | | | | | 0.00 | 0.00 | 0.00 |

## Labor Minimums Applied

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 28. Electrical labor minimum | 1.00 EA | | 0.00 | 210.01 | 0.00 | 42.00 | 252.01 |
| **Totals: Labor Minimums Applied** | | | | | 0.00 | 42.00 | 252.01 |
| **Line Item Totals: 15611 S 70TH_COURT** | | | | | 4,634.75 | 35,608.34 | 213,649.93 |

15611 S 70TH_COURT                                    4/30/2025          Page: 3

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

### Summary for Dwelling

| | |
|---|---|
| Line Item Total | 173,406.84 |
| Material Sales Tax | 4,634.75 |
| Subtotal | 178,041.59 |
| Overhead | 17,804.17 |
| Profit | 17,804.17 |
| **Replacement Cost Value** | **$213,649.93** |
| **Net Claim** | **$213,649.93** |

Eric

FILED DATE: 11/3/2025 1:31 PM   2025L013647

 **Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

### Recap of Taxes, Overhead and Profit

|  | Overhead (10%) | Profit (10%) | Material Sales Tax (10.25%) | Food & Med State Tax (1%) | Food & Med Local Tax (1.25%) |
|---|---|---|---|---|---|
| Line Items | 17,804.17 | 17,804.17 | 4,634.75 | 0.00 | 0.00 |
| Total | 17,804.17 | 17,804.17 | 4,634.75 | 0.00 | 0.00 |

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

## Recap by Room

**Estimate: 15611_S_70TH_COURT**

| | | |
|---|---|---|
| Exterior | 173,196.83 | 99.88% |
| Labor Minimums Applied | 210.01 | 0.12% |
| **Subtotal of Areas** | **173,406.84** | **100.00%** |
| **Total** | **173,406.84** | **100.00%** |

15611_S_70TH_COURT      4/30/2025      Page: 6

 **Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

## Recap by Category

| O&P Items | Total | % |
|---|---|---|
| CONT: GARMENT & SOFT GOODS CLN | 818.52 | 0.38% |
| GENERAL DEMOLITION | 35,427.06 | 16.58% |
| ELECTRICAL | 210.01 | 0.10% |
| HEAVY EQUIPMENT | 9,783.72 | 4.58% |
| HEAT, VENT & AIR CONDITIONING | 4,407.87 | 2.06% |
| LABOR ONLY | 6,066.00 | 2.84% |
| LIGHT FIXTURES | 157.20 | 0.07% |
| ROOFING | 97,216.15 | 45.50% |
| SIDING | 11,499.60 | 5.38% |
| SOFFIT, FASCIA, & GUTTER | 7,586.09 | 3.55% |
| TEMPORARY REPAIRS | 234.62 | 0.11% |
| O&P Items Subtotal | 173,406.84 | 81.16% |
| Material Sales Tax | 4,634.75 | 2.17% |
| Overhead | 17,804.17 | 8.33% |
| Profit | 17,804.17 | 8.33% |
| Total | 213,649.93 | 100.00% |

GREENLEAF-DEN-LLC 8-22-2023 Page: 2
1. Where the existing roof or roof covering is water soaked or has deteriorated to the point that the existing roof or roof covering is not adequate as a base for additional roofing.
2. Where the existing roof covering is wood shake, slate, clay, cement or asbestos-cement tile.
3. Where the existing roof has two or more applications of any type of roof covering.
SECTION R903 WEATHER PROTECTION R903.1 General. Roof decks shall be covered with approved roof coverings secured to the building or structure in accordance with the provisions of this chapter. Roof assemblies shall be designed and installed in accordance with this code and the approved manufacturer's installation instructions such that the roof assembly shall serve to protect the building or structure.
BUILDING CODE ENFORCEMENT: R104.1 General
The Building Officials is hereby authorized and directed to enforce the provisions of this code. The building official shall have the authority to render interpretations of this code and to adopt policies and procedures in order to clarify the application of its provisions. Such interpretations, policies and procedures shall be in conformance with the intent and purpose of this code. Such policies and procedures shall not have the effect of waiving requirements specifically provided for in this code.
R905.2.7.1 Ice barrier.-In areas where there has been a history of ice forming along the eaves causing a backup of water as designated in Table R301.2(1), an ice barrier that consists of at least two layers of underlayment cemented together or of a self-adhering polymer modified bitumen sheet, shall be used in lieu of normal underlayment and extend from the lowest edges of all roof surfaces to a point at least 24 inches (610 mm) inside the exterior wall line of the building.
R903.2 Flashing. Flashings shall be installed in a manner that prevents moisture from entering the wall and roof through joints in copings, through moisture permeable materials and at intersections with parapet walls and other penetrations through the roof plane.
R903.2.1 Locations. Flashings shall be installed at wall and roof intersections, wherever there is a change in roof slope or direction and around roof openings. A flashing shall be installed to divert the water away from where the eave of a sloped roof intersects a vertical sidewalk. Where flashing is of metal, the metal shall be corrosion resistant with a thickness of not less than 0.019 inch (0.5 mm) (No. 26 galvanized sheet).
R903.2.2 Crickets and saddles. A cricket or saddle shall be installed on the ridge side of any chimney or penetration more than

15611_S_70TH_COURT · 30 2025 Page: 7

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

30 inches (762 mm) wide as measured perpendicular to the slope. Cricket or saddle coverings shall be sheet metal or of the same material as the roof covering. Exception: Unit skylights installed in accordance with Section R308.6 and flashed in accordance with the manufacturer's instructions shall be permitted to be installed without a cricket or saddle. R903.3 Coping. Parapet walls shall be properly coped with noncombustible, weatherproof materials of a width no less than the thickness of the parapet wall.
SECTION R904 MATERIALS
R904.1Scope. The requirements set forth in this section shall apply to the application of roof covering materials specified herein. Roof assemblies shall be applied in accordance with this chapter and the manufacturer's installation instructions. Installation of roof assemblies shall comply with the applicable provisions of Section R9
R904.2 Compatibility of materials. Roof assemblies shall be of materials that are compatible with each other and with the building or structure to which the materials are applied.
R904.3 Material specifications and physical characteristics. Roof covering materials shall conform to the applicable standards listed in this chapter. In the absence of applicable standards or where materials are of questionable suitability, testing by an approved testing agency shall be required by the building official to determine the character, quality and limitations of application of the materials. R904.4 Product identification. Roof covering materials shall be delivered in packages bearing the manufacturer's identifying marks and approved testing agency labels when required. Bulk shipments of materials shall be accompanied by the same information issued in the form of a certificate or on a bill of lading by the manufacturer.
SECTION R905 REQUIREMENTS FOR ROOF COVERINGS
R905.1 Roof covering application. Roof coverings shall be applied in accordance with the applicable provisions of this section and the manufacturer's installation instructions. Unless otherwise specified in this section, roof coverings shall be installed to resist the component and cladding loads specified in Table R301.2(2), adjusted for height and expo-sure in accordance with Table R301.2(3). R905.2 Asphalt shingles. The installation of asphalt shingles shall comply with the provisions of this section. R905.2.1 Sheathing requirements. Asphalt shingles shall be fastened to solidly sheathed decks. R905.2.2 Slope. Asphalt shingles shall be used only on roof slopes of two units vertical in 12 units horizontal (2:12) or greater. For roof slopes from two units vertical in 12 units horizontal (2:12) up to four units vertical in 12 units horizontal (4:12), double underlayment application is required in accordance with Section R905.2.7.
R905.2.8.2 Valleys. Valley linings shall be installed in accordance with the manufacturer's installation instructions before applying shingles.

GREENLEAF-DEV-LLC 8/22/2023 Page: 3
R905.2.3 Underlayment. ...Asphalt shingle packaging shall bear a label to indicate compliance with ASTM D 7158 and the required classification in Table R905.2.4.1(1).
R806.2 Minimum area. The total net free ventilating area shall not be less than 1/150 of the area of the space ventilated except that reduction of the total area to 1/300 is permitted, provided that at least 50 percent and not more than 80 percent of the required ventilating area is provided by ventilators located in the upper portion of the space to be ventilated at least 3 feet (914 mm) above the eave or cornice vents with the balance of the required ventilation provided by eave or cornice vents.

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75039



Site Map                                                              Taken By: Eric Williams

FILED DATE: 11/3/2025 1:31 PM   2025L013647

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309



down-ner http2024124-.55-   Date Taken: 5 14 2024       Taken By  Eric Williams
erduss

15611 S 70TH COURT                                      4 30 2025        Page: 10

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75300



3        Signs                                    Taken By: Eric Williams

Case: 1:25-cv-14332 Document #: 1-1 Filed: 11/24/25 Page 70 of 91 PageID #:74

## Restore Masters

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

| | | | |
|---|---|---|---|
| Insured: | Imad Aboukheir | Cellular: | (630) 398-5476 |
| Property: | 15549 South 70th Court | E-mail: | i.aboukheir@comcast.net |
| | Orland Park, IL 60462 | | |
| | | | |
| Estimator: | Eric | Business: | (800) 400-7663 |
| Business: | 400 E. Las Colinas Blvd | E-mail: | e.williams@restoremastersllc. |
| | Irving, TX 75039 | | com |
| | | | |
| Contractor: | Chris | Business: | (800) 400-7663 |
| Company: | RestoreMasters | E-mail: | chris@restoremastersllc.com |
| Business: | 400 E Las Colinas Blvd | | |
| | Irving, TX 75039 | | |

**Claim Number:**  **Policy Number:**  **Type of Loss:** Hail

Date of Loss:                              Date Received:
Date Inspected:                           Date Entered:    10/24/2024 9:46 AM

Price List:    IL CCSX_OCT24
               Restoration/Service/Remodel
Estimate:      15549_S_70TH_COURT

This is not a final invoice for the work this is an estimate only of what it will cost to get each line item completed. All of the line items are real and needed and can be verified with pictures and documentation, once work is agreed upon for a final amount of each line item we will send an actual invoice of all work completed or to be completed.

The scope of repair for this lost event is based on a visual inspection of the property. The estimated cost does not included any overtime and/or premium time for the completion of the documented scope of repair. The scope of repair quantities within this estimate are prevailing prices of building materials and labor in your area and are intended to restore the building to its pre-loss condition. The removal and/or testing of hazardous material, are not included within the scope of repairs. As with any repair project, this estimate reflects observable damage, but may require supplementation upon further inspection during the repair process. Any additions or modifications will be brought to the attention of both the building owner and/or the property manager before commencement. If you have any questions and or concerns, please feel free to contact me at my phone number.

NOTE: ALL ROOF REPLACEMENTS ARE MADE PURSUANT TO IRC AND MANUFACTURER SPECIFICATIONS REROOFING R907.1 General. Materials and methods of application used for re-covering or replacing an existing roof covering shall comply with the requirements of Chapter 9. Exception: Reroofing shall not be required to meet the minimum design slope requirement of one-quarter unit vertical in 12 units horizontal (2-percent slope) in Section R905 for roofs that provide positive roof drainage.

R907.2 Structural and construction loads. The structural roof components shall be capable of supporting the roof covering system and the material and equipment loads that will be encountered during installation of the roof covering system.

R907.3 Recovering versus replacement. New roof coverings shall not be installed without first removing all existing layers of roof coverings where any of the following conditions exist:

 **Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

## 15549_S_70TH_COURT

**15549_S_70TH_COURT**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Site Map | | | | | | | |
| 📷 Site Map | | | | | | | |
| Total: 15549_S_70TH_COURT | | | | | 0.00 | 0.00 | 0.00 |

### Exterior

#### Built Up Roofing

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 1. Remove Built-up 4 ply roofing - in place | 155.86 SQ | | 129.32 | 0.00 | 0.00 | 4,031.16 | 24,186.98 |
| 2. Built-up 4 ply roofing - in place | 171.45 SQ | | 0.00 | 584.26 | 2,575.24 | 20,549.32 | 123,295.94 |
| *10% waste factor included* | | | | | | | |
| 3. R&R Built-up roofing - gravel ballast | 155.86 SQ | | 101.77 | 52.20 | 358.81 | 4,871.32 | 29,227.89 |
| 4. Remove Additional charge for high roof (2 stories or greater) | 155.86 SQ | | 6.41 | 0.00 | 0.00 | 199.82 | 1,198.88 |
| 5. Additional charge for high roof (2 stories or greater) | 171.45 SQ | | 0.00 | 24.39 | 0.00 | 836.34 | 5,018.04 |
| *10% waste factor included* | | | | | | | |
| 6. R&R Insulation - ISO board, 2.6" | 155.86 SQ | | | | | | PWI |
| *R-30 insulation requirement equals 2 layers of 2.6" insulation.* | | | | | | | |
| 7. R&R Flash parapet wall only - bitumen | 552.50 LF | | 1.90 | 12.21 | 165.93 | 1,592.34 | 9,554.05 |
| 8. R&R Membrane roofing - cant strips - perlite | 552.50 LF | | 0.65 | 2.22 | 25.48 | 322.24 | 1,933.40 |
| 9. R&R Wall coping - clay - 18" | 552.50 LF | | 4.86 | 40.20 | 1,446.93 | 5,268.52 | 31,611.13 |
| 10. Digital satellite system - Detach & reset | 1.00 EA | | 0.00 | 61.66 | 0.00 | 12.34 | 74.00 |
| 11. Digital satellite system - alignment and calibration only | 1.00 EA | | 0.00 | 184.98 | 0.00 | 37.00 | 221.98 |
| 12. Television antenna - Detach & reset | 1.00 EA | | 0.00 | 163.48 | 0.00 | 32.70 | 196.18 |
| 13. R&R Flashing - pipe jack - lead | 30.00 EA | | 12.36 | 93.77 | 159.07 | 668.60 | 4,011.57 |
| 14. R&R Exhaust cap - through roof | 2.00 EA | | 8.56 | 106.04 | 14.44 | 48.72 | 292.36 |
| 15. R&R Rain cap - 6" | 14.00 EA | | 8.77 | 64.53 | 59.02 | 217.04 | 1,302.26 |
| 16. R&R Rain cap - 8" | 12.00 EA | | 8.77 | 70.70 | 58.18 | 202.36 | 1,214.18 |
| 17. Packaged air conditioning unit - Detach & reset | 11.00 EA | | 0.00 | 949.72 | 0.00 | 2,089.38 | 12,536.30 |

 **Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

## CONTINUED - Built Up Roofing

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 18. R&R Curb flashing - bitumen | 110.00 LF | | 1.79 | 17.45 | 103.73 | 444.02 | 2,664.15 |
| 19. R&R Roof scupper - aluminum | 10.00 EA | | 21.95 | 288.26 | 256.25 | 671.68 | 4,030.03 |
| 20. R&R Conductor head - aluminum | 10.00 EA | | 32.93 | 498.61 | 79.95 | 1,079.08 | 6,474.43 |
| 21. R&R Gutter downspout - box - aluminum - 7" to 8" | 150.00 LF | | 0.88 | 29.48 | 280.75 | 966.96 | 5,801.71 |
| *15' downspout x 10* | | | | | | | |
| 22. Dumpster load - Approx 40 yards, 7-8 tons of debris | 9.00 EA | | 751.68 | 0.00 | 0.00 | 1,353.02 | 8,118.14 |
| 23. Telehandler forklift (per day) - no operator | 9.00 DA | | 0.00 | 508.68 | 0.00 | 915.62 | 5,493.74 |
| *171 squares - 20 squares per day= 9 days* | | | | | | | |
| 24. Equipment Operator - per hour | 72.00 HR | | 0.00 | 72.30 | 0.00 | 1,041.12 | 6,246.72 |
| 25. Commercial Supervision - Project Management - per hour | 72.00 HR | | 0.00 | 84.25 | 0.00 | 1,213.20 | 7,279.20 |
| 26. On Site Evaluation and or Supervisor Admin - per hour | 4.00 HR | | 0.00 | 68.21 | 0.00 | 54.56 | 327.40 |
| *Necessary administrative hours to vet subcontractors (general liability insurance, certifications, licenses, quality control, etc.), and scheduling to meet on site for measurements and work to be completed* | | | | | | | |
| 27. Temporary toilet (per month) | 1.00 MO | | 0.00 | 234.62 | 0.00 | 46.92 | 281.54 |

Totals: Built Up Roofing      5,583.78    48,765.38    292,592.14

## Metal Roofing

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 28. Remove Aluminum shingle - including felt - color finish | 10.80 SQ | | 147.97 | 0.00 | 0.00 | 319.62 | 1,917.70 |
| 29. Aluminum shingle - w out felt - color finish | 11.34 SQ | | 0.00 | 834.48 | 324.12 | 1,957.42 | 11,744.54 |
| *5% waste factor included* | | | | | | | |
| 30. Remove Additional charge for steep roof greater than 12/12 slope | 10.80 SQ | | 47.89 | 0.00 | 0.00 | 103.44 | 620.65 |
| 31. Additional charge for steep roof greater than 12/12 slope | 11.34 SQ | | 0.00 | 116.95 | 0.00 | 265.24 | 1,591.45 |
| *5% waste factor included* | | | | | | | |
| 32. Remove Additional charge for high roof (2 stories or greater) | 10.80 SQ | | 5.09 | 0.00 | 0.00 | 11.00 | 65.97 |
| 33. Additional charge for high roof (2 stories or greater) | 11.34 SQ | | 0.00 | 16.75 | 0.00 | 38.00 | 227.95 |
| *5% waste factor included* | | | | | | | |
| 34. Roofing felt - 15 lb. | 10.80 SQ | | 0.00 | 42.55 | 10.71 | 93.92 | 563.57 |

15549 S 70TH COURT                      4/30/2025      Page: 3

 **Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

## CONTINUED - Metal Roofing

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 35. Foam insert for metal shingle/shake slate roofing | 10.80 SQ | | 0.00 | 220.96 | 111.81 | 499.64 | 2,992.82 |
| 36. Aluminum shingle/shake - starter strip | 159.00 LF | | 0.00 | 4.65 | 37.48 | 155.38 | 932.21 |
| 37. R&R Aluminum shingle - ridge or hip - color finish | 74.67 LF | | 4.26 | 16.12 | 71.87 | 318.74 | 1,912.38 |
| 38. R&R Custom bent aluminum (PER LF) | 98.33 LF | | 2.39 | 11.87 | 22.48 | 284.94 | 1,709.61 |
| 📷 5/14/2024 down-net_tmp20241024-88-voaxh6 | | | | | | | |
| 39. R&R Sidewall flashing for metal roofing - 26 gauge | 62.00 LF | | 1.03 | 6.61 | 13.47 | 97.44 | 584.59 |
| 40. R&R Counterflashing - Apron flashing | 62.00 LF | | 1.03 | 12.91 | 13.22 | 175.50 | 1,053.00 |
| *To counter flash sidewall flashing.* | | | | | | | |
| 41. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 1.00 EA | | 751.68 | 0.00 | 0.00 | 150.34 | 902.02 |
| 42. Telehandler/forklift (per day) - no operator | 1.00 DA | | 0.00 | 508.68 | 0.00 | 101.74 | 610.42 |
| *11.34 squares / 20 squares per day= 1 day* | | | | | | | |
| 43. Equipment Operator - per hour | 8.00 HR | | 0.00 | 72.30 | 0.00 | 115.68 | 694.08 |
| 44. Commercial Supervision / Project Management - per hour | 8.00 HR | | 0.00 | 84.25 | 0.00 | 134.80 | 808.80 |
| 45. On-Site Evaluation and/or Supervisor/Admin - per hour | 4.00 HR | | 0.00 | 68.21 | 0.00 | 54.56 | 327.40 |

*Necessary administrative hours to vet subcontractors (general liability insurance, certifications, licenses, quality control, etc.), and scheduling to meet on site for measurements and work to be completed*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals: Metal Roofing | | | | | 604.56 | 4,877.40 | 29,264.16 |

## Laminate Shingle Roofing

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 46. Detach & Reset Neon sign | 3.00 EA | 78.60 | 0.00 | 0.00 | 0.00 | 47.16 | 282.96 |
| 47. Remove Laminated - comp. shingle rfg. - w/ felt | 6.30 SQ | | 67.30 | 0.00 | 0.00 | 84.80 | 508.79 |
| 48. Laminated - comp. shingle rfg. - w/out felt | 7.00 SQ | | 0.00 | 278.74 | 92.84 | 408.80 | 2,452.82 |
| *10% waste factor included* | | | | | | | |
| 49. Remove Additional charge for steep roof greater than 12/12 slope | 6.30 SQ | | 47.89 | 0.00 | 0.00 | 60.34 | 362.05 |
| 50. Additional charge for steep roof greater than 12/12 slope | 6.93 SQ | | 0.00 | 116.95 | 0.00 | 162.10 | 972.56 |

15549 S 70TH COURT                                        4/30/2025              Page 4

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

## CONTINUED - Laminate Shingle Roofing

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| *10% waste factor included* | | | | | | | |
| 51. Remove Additional charge for high roof (2 stories or greater) | 6.30 SQ | | 5.09 | 0.00 | 0.00 | 6.42 | 38.49 |
| 52. Additional charge for high roof (2 stories or greater) | 6.93 SQ | | 0.00 | 16.75 | 0.00 | 23.22 | 139.30 |
| *10% waste factor included* | | | | | | | |
| 53. Asphalt starter - universal starter course | 121.08 LF | | 0.00 | 2.27 | 6.83 | 56.34 | 338.02 |
| 54. Roofing felt - 15 lb. | 6.30 SQ | | 0.00 | 42.55 | 5.90 | 54.80 | 328.77 |
| 55. R&R Drip edge gutter apron | 121.08 LF | | 0.31 | 2.44 | 13.53 | 69.28 | 415.78 |
| 56. R&R Hip / Ridge cap - cut from 3 tab - composition shingles | 16.83 LF | | 3.60 | 5.43 | 2.35 | 30.88 | 185.21 |
| 57. R&R Custom bent aluminum (PER LF) | 77.08 LF | | 2.39 | 11.87 | 17.62 | 223.34 | 1,340.12 |
| 📷 5/14/2024 down-net http20241024-113-kx7eun | | | | | | | |
| 58. R&R Flashing - kick out diverter | 2.00 EA | | 4.26 | 24.52 | 2.45 | 12.00 | 72.01 |
| *Line item required when the wall extends beyond the edge of the roof. It is a metal flashing detail installed at the eave end of a roof-to-wall transition designed to direct runoff away from the wall or wall cladding.* | | | | | | | |
| 59. Dumpster load - Approx 40 yards, 7-8 tons of debris | 1.00 EA | | 751.68 | 0.00 | 0.00 | 150.34 | 902.02 |
| 60. Telehandler/forklift (per day) - no operator | 1.00 DA | | 0.00 | 508.68 | 0.00 | 101.74 | 610.42 |
| *7 squares / 20 squares per day= 1 day* | | | | | | | |
| 61. Equipment Operator - per hour | 8.00 HR | | 0.00 | 72.30 | 0.00 | 115.68 | 694.08 |
| 62. Commercial Supervision / Project Management - per hour | 8.00 HR | | 0.00 | 84.25 | 0.00 | 134.80 | 808.80 |
| 63. On-Site Evaluation and/or Supervisor/Admin - per hour | 4.00 HR | | 0.00 | 68.21 | 0.00 | 54.56 | 327.40 |
| *Necessary administrative hours to vet subcontractors (general liability insurance, certifications, licenses, quality control, etc.), and scheduling to meet on site for measurements and work to be completed* | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals: Laminate Shingle Roofing | | | | | 141.52 | 1,796.60 | 10,779.60 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total: Exterior | | | | | 6,329.86 | 55,439.38 | 332,635.90 |

## General Requirements

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 64. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | | | | | | OPEN ITEM |

 **Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving. TX 75309

### CONTINUED - General Requirements

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Totals: General Requirements | | | | | 0.00 | 0.00 | 0.00 |
| **Line Item Totals: 15549_S_70TH_COURT** | | | | | **6,329.86** | **55,439.38** | **332,635.90** |

FILED DATE: 11/3/2025 1:31 PM   2025L013647

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 270,866.66 |
| Material Sales Tax | 6,329.86 |
| Subtotal | 277,196.52 |
| Overhead | 27,719.69 |
| Profit | 27,719.69 |
| **Replacement Cost Value** | **$332,635.90** |
| **Net Claim** | **$332,635.90** |

Eric

15549_S_70TH_COURT                                        4.30.2025          Page: 7

FILED DATE: 11/3/2025 1:31 PM 2025L013647

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (10.25%) | Food & Med State Tax (1%) | Food & Med Local Tax (1.25%) |
|---|---|---|---|---|---|
| Line Items | 27,719.69 | 27,719.69 | 6,329.86 | 0.00 | 0.00 |
| Total | 27,719.69 | 27,719.69 | 6,329.86 | 0.00 | 0.00 |

FILED DATE: 11/3/2025 1:31 PM   2025L013647

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

## Recap by Room

**Estimate: 15549_S_70TH_COURT**

| | | |
|---|---|---|
| **Area: Exterior** | | |
| Built Up Roofing | 238,242.98 | 87.96% |
| Metal Roofing | 23,782.20 | 8.78% |
| Laminate Shingle Roofing | 8,841.48 | 3.26% |
| Area Subtotal:  Exterior | 270,866.66 | 100.00% |
| **Subtotal of Areas** | 270,866.66 | 100.00% |
| **Total** | 270,866.66 | 100.00% |

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

## Recap by Category

| O&P Items | Total | % |
|---|---|---|
| CONT: GARMENT & SOFT GOODS CLN | 818.52 | 0.25% |
| GENERAL DEMOLITION | 54,772.61 | 16.47% |
| ELECTRICAL | 163.48 | 0.05% |
| ELECTRICAL - SPECIAL SYSTEMS | 184.98 | 0.06% |
| HEAVY EQUIPMENT | 11,957.88 | 3.59% |
| HEAT, VENT & AIR CONDITIONING | 10,446.92 | 3.14% |
| LABOR ONLY | 7,414.00 | 2.23% |
| LIGHT FIXTURES | 235.80 | 0.07% |
| MASONRY | 22,210.50 | 6.68% |
| ROOFING | 150,937.13 | 45.38% |
| SIDING | 2,082.12 | 0.63% |
| SOFFIT, FASCIA, & GUTTER | 9,408.10 | 2.83% |
| TEMPORARY REPAIRS | 234.62 | 0.07% |
| O&P Items Subtotal | 270,866.66 | 81.43% |
| Material Sales Tax | 6,329.86 | 1.90% |
| Overhead | 27,719.69 | 8.33% |
| Profit | 27,719.69 | 8.33% |
| Total | 332,635.90 | 100.00% |

GREENLEAF-DEV-LLC 8-22-2023 Page: 2
1. Where the existing roof or roof covering is water soaked or has deteriorated to the point that the existing roof or roof covering is not adequate as a base for additional roofing.
2. Where the existing roof covering is wood shake, slate, clay, cement or asbestos-cement tile.
3. Where the existing roof has two or more applications of any type of roof covering.
SECTION R905 WEATHER PROTECTION R905.1General. Roof decks shall be covered with approved roof coverings secured to the building or structure in accordance with the provisions of this chapter. Roof assemblies shall be designed and installed in accordance with this code and the approved manufacturer's installation instructions such that the roof assembly shall serve to protect the building or structure.
BUILDING CODE ENFORCEMENT: R104.1 General
The Building Official is hereby authorized and directed to enforce the provisions of this code. The building official shall have the authority to render interpretations of this code and to adopt policies and procedures in order to clarify the application of its provisions. Such interpretations, policies and procedures shall be in conformance with the intent and purpose of this code. Such policies and procedures shall not have the effect of waiving requirements specifically provided for in this code.
R905.2.7.1 Ice barrier. In areas where there has been a history of ice forming along the eaves causing a backup of water as designated in Table R301.2(1), an ice barrier that consists of a least two layers of underlayment cemented together or of a self-adhering polymer modified bitumen sheet, shall be used in lieu of normal underlayment and extend from the lowest edges of all roof surfaces to a point at least 24 inches (610 mm) inside the exterior wall line of the building.
R903.2 Flashing. Flashings shall be installed in a manner that prevents moisture from entering the wall and roof through joints in copings, through moisture permeable materials and at intersections with parapet walls and other penetrations through the roof plane.
R903.2.1 Locations. Flashings shall be installed at wall and roof intersections, wherever there is a change in roof slope or direction and around roof openings. A flashing shall be installed to divert the water away from where the eave of a sloped roof intersects a vertical sidewalk Where flashing is of metal, the metal shall be corrosion resistant with a thickness of not less than

15549 S_70TH_COURT                                                                 4/30/2025           Page: 10

FILED DATE: 11/3/2025 1:31 PM   2025L013647

**Restore Masters**

400 E Las Colinas Blvd Suite 1050
Irving, TX 75309

0.019 inch (0.5 mm) (No. 26 galvanized sheet).

R903.2.2 Crickets and saddles. A cricket or saddle shall be installed on the ridge side of any chimney or penetration more than 30 inches (762 mm) wide as measured perpendicular to the slope. Cricket or saddle coverings shall be sheet metal or of the same material as the roof covering. Exception: Unit skylights installed in accordance with Section R308.6 and flashed in accordance with the manufacturer's instructions shall be permitted to be installed without a cricket or saddle. R903.3 Coping. Parapet walls shall be properly coped with noncombustible, weatherproof materials of a width no less than the thickness of the parapet wall.

SECTION R904 MATERIALS

R904.1 Scope. The requirements set forth in this section shall apply to the application of roof covering materials specified herein. Roof assemblies shall be applied in accordance with this chapter and the manufacturer's installation instructions. Installation of roof assemblies shall comply with the applicable provisions of Section R9

R904.2 Compatibility of materials. Roof assemblies shall be of materials that are compatible with each other and with the building or structure to which the materials are applied.

R904.3 Material specifications and physical characteristics. Roof covering materials shall conform to the applicable standards listed in this chapter. In the absence of applicable standards or where materials are of questionable suitability, testing by an approved testing agency shall be required by the building official to determine the character, quality and limitations of application of the materials. R904.4 Product identification. Roof covering materials shall be delivered in packages bearing the manufacturer's identifying marks and approved testing agency labels when required. Bulk shipments of materials shall be accompanied by the same information issued in the form of a certificate or on a bill of lading by the manufacturer.

SECTION R905 REQUIREMENTS FOR ROOF COVERINGS

R905.1 Roof covering application. Roof coverings shall be applied in accordance with the applicable provisions of this section and the manufacturer's installation instructions. Unless otherwise specified in this section, roof coverings shall be installed to resist the component and cladding loads specified in Table R301.2(2), adjusted for height and exposure in accordance with Table R301.2(3). R905.2 Asphalt shingles. The installation of asphalt shingles shall comply with the provisions of this section. R905.2.1 Sheathing requirements. Asphalt shingles shall be fastened to solidly sheathed decks. R905.2.2 Slope. Asphalt shingles shall be used only on roof slopes of two units vertical in 12 units horizontal (2:12) or greater. For roof slopes from two units vertical in 12 units horizontal (2:12) up to four units vertical in 12 units horizontal (4:12), double underlayment application is required in accordance with Section R905.2.7.

R905.2.8.2 Valleys. Valley linings shall be installed in accordance with the manufacturer's installation instructions before applying shingles.

GREENLEAF-DEV LLC 8-22-2023 Page. 3

R905.2.3 Underlayment. ...Asphalt shingle packaging shall bear a label to indicate compliance with ASTM D 7158 and the required classification in Table R905.2.4.311.

R806.2 Minimum area. The total net free ventilating area shall not be less than 1/150 of the area of the space ventilated except that reduction of the total area to 1/300 is permitted, provided that at least 50 percent and not more than 80 percent of the required ventilating area is provided by ventilators located in the upper portion of the space to be ventilated at least 3 feet (914 mm) above the eave or cornice vents with the balance of the required ventilation provided by eave or cornice vents.



Restore Masters

407 E. Las Colinas Blvd Suite 1160
Irving, TX 75039



1    Site Map                                                          Taken By: Eric Williams

**Restore Masters**

400 E. Las Colinas Blvd Suite 1050
Irving, TX 75039



2    down-net  http://2024-1024-SS-     Date Taken: 5/14/2024     Taken By: Eric Williams
voaxh6

**Restore Masters**

300 E Las Colinas Blvd Suite 1050
Irving, TN 75039



Date Taken: 5/14/2024          Taken By: Eric Williams

# EXHIBIT 4



Liberty Mutual Insurance
Commercial Insurance Property
Claims
P.O. Box 515097
Los Angeles, CA 90051-5097
800-903-0055 Ext. 80814
Monica.herrera@libertymutual.com

03/25/2025

Imad Aboukheir
ITAM ENTERPRISES LLC
15611 S 70th Ct,
Orland Park, IL 60462

Subject: Insured: ITAM ENTERPRISES LLC
Loss Location: 15611 & 15545 S 70th Ct, Orland Park, IL 60462
Loss Description: Hail
Date of Loss: 05/08/2024
Claim Number: 24211154
Policy Number: BKS661190802
Policy Effective Dates: 4/4/2024 To 4/4/2025
Underwriting Company: Ohio Security Insurance Company

Dear Imad Aboukheir:

Thank you for trusting Liberty Mutual Insurance with your insurance needs. We appreciate your patience during the claim process. This letter is to serve as a summary of the claim and to maintain our prior position.

Below is some important information about your claim.

$22,428.60 has been paid under Location 0001 on the policy
$32,479.74 has been paid under Location 0002 on the policy

$33,263.62 available in Recoverable Depreciation pending completion of repairs per our scope for Location 0001
$12,338.11 available in Recoverable Depreciation pending completion of repairs per our scope for Location 0002

I will be enclosing the following for your review:

-Original Donan Engineer Report
-Supplement Donan Engineer Report
-10-07-2024 Coverage Position Letter
-24211154 Original Estimate
-24211154 HVAC Report

At this time, we are maintaining our prior position outlined in the Original Donan Engineer Report and the 10/07/2024 Coverage Position Letter. We completed an additional inspection on 02/25/2025 with the Donan Engineer Steve Adamski and Restore Masters LLC. This inspection involved a thorough inspection of both locations. Per the Supplement Donan Engineer Report which was published on 03/21/2025, we agree with the following conclusions:

- Based on the study of collateral indicators, hail up to 3/4 inch in diameter fell at this site recently,

Page 2

while hail up to 1 inch in diameter fell at this site more than six months ago.

- Gray stains on the roof deck and south-facing wall of unit 15563 are consistent with inadvertent man-made damage or stain.

- Dark orange corrosion on the roof deck of unit 15563 is consistent with water intrusion from an unseen opening in the roof consistent with age-related deterioration of the BUR roof covering.

- The dark orange corrosion on a ventilation duct in unit 15557 is consistent with condensation on the air conditioning duct and water intrusion from unseen openings in the roof deck noted in the original report.

- A second cosmetic dent attributable to hail was found in the garage door panels at unit 15553. The cosmetic dents are consistent with hail impacts that do not affect the function or life of the door.

- The modified bitumen membrane and BUR roof coverings are not damaged by hail.

- No storm-created openings are on the roof surfaces.

- Donan's original findings on hail damage to the roof covering and water intrusion remain unchanged.

It is of our examination that there is no damage related to hail on the modified bitumen membrane and BUR roof coverings of these two locations.

Please confirm your intentions whether you intend to complete the repairs related to the 24211154 Original Estimate. Again, the Recoverable Depreciation of $45,601.73 is available to recoup on completion of those repairs.

If you have any questions or information that might be beneficial in the handling of your claim, please contact me by email or phone at, 224-339-1918 or james.orchard01@libertymutual.com. When emailing, please include your claim number in the subject line.

Thank you for choosing Liberty Mutual Insurance. We appreciate your business.

Sincerely,

James Orchard
Senior Property Adjuster II
224-339-1918

CC: Assurance Choice Company
7667 W 95th St
STE 305
Hickory Hills, IL 60457
esli@acc-insurance.com

CC: Andrew A. Woellner
The Voss Law Firm
VOSS LAW CENTER

FILED DATE: 11/3/2025 1:31 PM 2025L013647

# EXHIBIT 5



DALY & BLACK, P.C.

June 16, 2025

<u>*Via Facsimile: (888) 268-8840*</u>
Liberty Mutual Insurance Company
P.O. Box 5014
Scranton, PA 18505

|  |  |  |
|---|---|---|
| RE: | Our Client: | Itam Enterprises, LLC |
|  | Insured Property: | 15611 S. 70th Ct. |
|  |  | Orland Park, IL 60462 |
|  |  | 15545 S. 70th Ct. |
|  |  | Orland Park, IL 60462 |
|  | Policy Number: | BKS661190802 |
|  | Claim Number: | 24211154 |
|  | Date of Loss: | May 8, 2024 |

To whom it may concern:

As you know, we represent **Itam Enterprises, LLC** ("Itam Enterprises" or "our Client") regarding the property located at **15611 S. 70th Ct., Orland Park, IL 60462** ("15611") and **15545 S. 70th Ct., Orland Park, IL 60462** ("15545") (collectively "the Properties"). To facilitate a clear understanding of the issues prior to a lawsuit being filed, we issue this notice and demand. Below we have set forth the relevant facts, an analysis of liability, and the damages incurred by our Client to date to assist you in evaluating the merits of this case.

We sent a letter on May 27, 2025 requesting certain documents from Liberty Mutual Insurance Company ("Liberty") pertaining to the Claim. If Liberty has not yet sent all documentation requested, please do so within seven (7) business days. This confidential letter-demand is based on information known to date and reasonably obtainable, but we reserve the right to make additional information known as Liberty provides further documentation.

**Factual background and the acts and omissions giving rise to the claim.** On May 8, 2024, the Properties experienced damage from a wind and hailstorm ("the Storm"). Itam Enterprises promptly filed a claim with the associated claim number 2421154 ("the Claim") to Liberty for damages to the covered property.

Our Client did not hear from Liberty with a report until September 24, over three (3) months after the date of loss. The Donan Engineering report furnished to our Client writes off a large portion of the damages to the Properties as cosmetic, aesthetic, man-made, or historical and not related to the storm. Liberty also states that there was no storm on May 8, 2024, though their research into the weather history shows that there was one on May 7, 2024. It is clear that this is the intended date of loss. People are fallible and mistakes - like being one day off recalling the

FILED DATE: 11/3/2025 1:31 PM 2025L013647

**Production of the Claims File.** Liberty must produce to us their complete claims files within the next thirty (30) days. This should include any estimates, engineering or other consultant reports, and all materials that Liberty created or relied upon in the process of the claim.

**Production of underwriting reports and materials.** Most insurance companies conduct a thorough underwriting process prior to entering into an insurance contract. This process typically includes the completion of an underwriting inspection or loss control survey. These reports have material information about the condition of the property prior to the loss. Liberty must produce to us any such reports within the next thirty (30) days. Should Liberty intend to take the position that some or all of the damage in question is not covered as a result of a pre-existing condition, this information will be extremely important in determining whether those defenses have merit.

**Production of correspondence.** Please provide all correspondence, such as letters and emails between our Client and your office, agents, and/or adjusters, including but not limited to claim acknowledgement and denial letters on this claim or any prior claim.

**Production of prior payment.** Please provide any copies of checks and/or payments made to our Client for the loss made the subject of this claim or any prior loss.

**Responsible communication.** We will endeavor to facilitate any appropriate communications among the parties. However, any further communications should be directed to our firm, and not our Client.

We have made our best efforts to evaluate this claim with the information available to us at this time. If you contend that the information contained in this letter is inaccurate, or that some policy provision has not been complied with, please notify us immediately of any issue and we will carefully consider the information provided to ensure our Client has met all conditions precedent.

If this demand is not accepted within thirty (30) days of the date of this letter, it will be withdrawn, and suit will follow. We welcome the opportunity to settle this claim.

Should you have any questions or concerns, please feel free to call (713) 655-1405.

Sincerely,

*/s/ Maria R. Gerguis*
Maria R. Gerguis

**DALY & BLACK, P.C.**
Maria R. Gerguis
mgerguis@dalyblack.com
2211 Norfolk Street, Suite 300
Houston, Texas 77098
Telephone: (713) 655-1405
Facsimile: (713) 655-1587

PAGE 3 OF 3